AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Gilead Sciences, Inc., et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Safe Chain Solutions, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC                                .

Date: _____

*Attorney's signature*

Geoffrey Potter, #2252302
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

*Address*

gpotter@pbwt.com
*E-mail address*

(212) 336-2050
*Telephone number*

(212) 336-7906
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Gilead Sciences, Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. |
| Safe Chain Solutions, LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Gilead Sciences, Inc., and Gilead Sciences Ireland UC .

Date:  07/21/2021

*Attorney's signature*

Aron Fischer, #4471876
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

*Address*

afischer@pbwt.com
*E-mail address*

(212) 336-2363
*Telephone number*

(212) 336-2222
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Gilead Sciences, Inc., et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Safe Chain Solutions, LLC, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Gilead Sciences, Inc., and Gilead Sciences Ireland UC

Date: 7/21/2021

*Attorney's signature*

Thomas P. Kurland, #4885810
*Printed name and bar number*
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

*Address*

tkurland@pbwt.com
*E-mail address*

(212) 336-2019
*Telephone number*

(212) 336-2222
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Gilead Sciences, Inc., et al. )
*Plaintiff* )
v. ) Case No.
Safe Chain Solutions, LLC, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC

Date: 7/12/2021

*Attorney's signature*

Timothy A. Waters, #4683157
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

*Address*

twaters@pbwt.com
*E-mail address*

(212) 336-7601
*Telephone number*

(212) 336-2222
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Gilead Sciences, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Safe Chain Solutions, LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC

Date: 7/21/21

*Attorney's signature*

Joshua R. Stein, #5387394
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

*Address*

jstein@pbwt.com
*E-mail address*

(212) 336-7624
*Telephone number*

(212) 336-2933
*FAX number*