Case 1:21-cv-04106-AMD-JAM    Document 47    Filed 08/20/21    Page 1 of 3 PageID #: 1320

Clerk's Office
Filed Date: 8/20/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC, and GILEAD SCIENCES, LLC,

    Plaintiffs,

v.

SAFE CHAIN SOLUTIONS, LLC; PATRICK BOYD; CHARLES BOYD; WORLDWIDE PHARMA SALES GROUP, INC. d/b/a PHARMASALES.COM; ADAM S. BROSIUS; BOULEVARD 9229 LLC; ISHBAY SHUKUROV; PETER KHAIM; ZAFAR ABDULLAEV; PROPHARMA DISTRIBUTION LLC; LEVI ELLIS; SYNERGY GROUP WHOLESALERS LLC; CARLOS VEGA; ISLAND CHEMISTS, INC. d/b/a MEADOW DRUGS & SURGICAL; RANDOLPH MOHABIR; V.L.S. PHARMACY INC.; GOPESH M. PATEL; LIN PHARMACY INC. d/b/a MAKKI PHARMACY; SAMUEL YAKUBOV; MONICA A. NGO; ASCENSION PHARMACY HOLDINGS I LLC d/b/a MERMAID RX AND ARIEL PHARMACY; and ALEX GELBINOVICH,

    Defendants.

---

Case No. 21-cv-4106 (AMD) (RER)

FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d) AND COURT ORDER (DKT. NO. 20)

**ASSET FREEZE ORDER AGAINST DEFENDANTS
PETER KHAIM, ZAFAR ABDULLAEV,
PROPHARMA DISTRIBUTION LLC,
<u>SYNERGY GROUP WHOLESALERS LLC, AND CARLOS VEGA</u>**

PLEASE TAKE NOTICE that upon the First Amended Complaint of Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Plaintiffs"), the memorandum of law submitted in support of this Order, and the accompanying declarations and the exhibits annexed thereto, pursuant to the Court's authority under the Lanham Act, it is hereby ORDERED:

1

1.     Plaintiffs' motion for an asset freeze against Peter Khaim, Zafar Abdullaev, ProPharma Distribution LLC, Synergy Group Wholesalers LLC, Levi Ellis, and Carlos Vega is GRANTED.

2.     Immediately upon receipt of this Order, Peter Khaim, Zafar Abdullaev, ProPharma Distribution LLC, Synergy Group Wholesalers LLC, Levi Ellis, and Carlos Vega shall disclose to Plaintiffs' attorneys a list of all assets held by, for, or on account of them, including any account for which they have signatory authority, in any bank, brokerage house, or financial institution, including account title, account number, and balance.

3.     Plaintiffs may immediately serve this Order upon any bank, brokerage house, or financial institution in which Peter Khaim, Zafar Abdullaev, ProPharma Distribution LLC, Synergy Group Wholesalers LLC, Levi Ellis, and Carlos Vega is known or suspected to hold an account.

4.     Peter Khaim, Zafar Abdullaev, ProPharma Distribution LLC, Synergy Group Wholesalers LLC, Levi Ellis, and Carlos Vega shall be restrained from secreting any assets and from transferring or conveying any assets.

5.     All assets held by, for, or on account of Peter Khaim, Zafar Abdullaev, ProPharma Distribution LLC, Synergy Group Wholesalers LLC, Levi Ellis, and Carlos Vega, and the balance of any account for which any of them has signature authority, shall be frozen and restrained, and any bank, brokerage house or financial institution holding such funds are restrained from releasing them until further order of this Court.

6.     Any such bank, brokerage house, or financial institution that freezes and restrains any assets shall also immediately contact Plaintiffs' counsel Geoffrey Potter via email

at CounterfeitHIVMedications@pbwt.com to disclose the account numbers and titles and amount of assets so frozen.

       7.       Peter Khaim, Zafar Abdullaev, ProPharma Distribution LLC, Synergy Group Wholesalers LLC, Levi Ellis, and Carlos Vega may file a motion to lift this asset freeze Order, which Plaintiffs may oppose within three business days.

       8.       Plaintiffs shall serve a copy of this Order on Peter Khaim, Zafar Abdullaev, ProPharma Distribution LLC, Synergy Group Wholesalers LLC, Levi Ellis, and Carlos Vega as directed in this Court's seizure order.

       9.       The Clerk is DIRECTED to provide a copy of this Order to Plaintiffs.

DONE AND ORDERED in Brooklyn, New York on this ___20th_ day of August, 2021.

                                  Rachel P. Kovner
                                  /s/ Rachel P. Kovner

                                  UNITED STATES DISTRICT JUDGE