Clerk's Office
Filed Date: 9/2/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW
YORK
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

GILEAD SCIENCES, INC., GILEAD SCIENCES : 
IRELAND UC, and GILEAD SCIENCES, LLC, :

                                    Plaintiffs, :

v. :

SAFE CHAIN SOLUTIONS, LLC; PATRICK :
BOYD; CHARLES BOYD; WORLDWIDE :
PHARMA SALES GROUP, INC. d/b/a :
PHARMASALES.COM; ADAM S. BROSIUS; :
BOULEVARD 9229 LLC; ISHBAY SHUKUROV; :
PETER KHAIM; ZAFAR ABDULLAEV; :
PROPHARMA DISTRIBUTION LLC; LEVI :
ELLIS; SYNERGY GROUP WHOLESALERS :
LLC; CARLOS VEGA; ISLAND CHEMISTS, :
INC. d/b/a MEADOW DRUGS & SURGICAL; :
RANDOLPH MOHABIR; V.L.S. PHARMACY :
INC.; GOPESH M. PATEL; LIN PHARMACY :
INC. d/b/a MAKKI PHARMACY; SAMUEL :
YAKUBOV; MONICA A. NGO; ASCENSION :
PHARMACY HOLDINGS I LLC d/b/a :
MERMAID RX AND ARIEL PHARMACY; and :
ALEX GELBINOVICH, :

                              Defendants. :

-------------------------------------------------------------------

Case No. 21-cv-4106 (AMD) (RER)

**FILED UNDER SEAL**
**PURSUANT TO 15 U.S.C. § 1116(d)**
**AND COURT ORDER (DKT. NO. 20)**

**[PROPOSED] ORDER TO SHOW CAUSE FOR CONTEMPT SANCTIONS AGAINST**
**DEFENDANTS PETER KHAIM, BOULEVARD 9229 LLC,**
**SYNERGY GROUP WHOLESALERS LLC, AND CARLOS VEGA**

Upon review of the First Amended Complaint of Gilead Sciences, Inc., Gilead Sciences

Ireland UC, and Gilead Sciences, LLC (together, "Gilead" or "Plaintiffs"), the memorandum of

law submitted in support of this Order, the accompanying declarations and the exhibits annexed

thereto, and for good cause shown, it is hereby:

1

ORDERED, that Defendants Boulevard 9229 LLC, Peter Khaim, Synergy Group Wholesalers LLC, and Carlos Vega (together, the "Contempt Defendants") show cause before this Court at Courtroom _____[4GN]_____, Theodore Roosevelt United State Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, on the _[3rd]_ day of September, 2021 at _[1:30]_ o'clock _[p]_.m., or such other date as may be fixed by the Court, why an order should not be issued that (1) holds the Contempt Defendants in contempt of Court, (2) provides the Contempt Defendants a seven-day period in which to come into full compliance with the Court's orders, (3) provides that, if the Contempt Defendants fail to come into compliance during that period, Khaim and/or Vega (as applicable) shall be incarcerated indefinitely until such time as they come into compliance, and (4) awards Plaintiffs its attorneys' fees for bringing this order to show cause.

_____
UNITED STATES DISTRICT JUDGE

Issued:        September_____, 2021 at _____ o'clock _____.