## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., GILEAD SCIENCES : 
IRELAND UC, and GILEAD SCIENCES, LLC, :

                  Plaintiffs, :

v. :

SAFE CHAIN SOLUTIONS, LLC; PATRICK :
BOYD; CHARLES BOYD; WORLDWIDE :
PHARMA SALES GROUP, INC. d/b/a :
PHARMASALES.COM; ADAM S. BROSIUS; :
BOULEVARD 9229 LLC; ISHBAY SHUKUROV; :
PETER KHAIM; ZAFAR ABDULLAEV; :
PROPHARMA DISTRIBUTION LLC; LEVI :
ELLIS; SYNERGY GROUP WHOLESALERS :
LLC; CARLOS VEGA; ISLAND CHEMISTS, :
INC. d/b/a MEADOW DRUGS & SURGICAL; :
RANDOLPH MOHABIR; V.L.S. PHARMACY :
INC.; GOPESH M. PATEL; LIN PHARMACY :
INC. d/b/a MAKKI PHARMACY; SAMUEL :
YAKUBOV; MONICA A. NGO; ASCENSION :
PHARMACY HOLDINGS I LLC d/b/a :
MERMAID RX AND ARIEL PHARMACY; and :
ALEX GELBINOVICH, :

                  Defendants. :

---

Case No. 21-cv-4106 (AMD) (RER)

**FILED UNDER SEAL**
**PURSUANT TO 15 U.S.C. § 1116(d)**
**AND COURT ORDER (DKT. NO. 20)**

**DECLARATION OF**
**THOMAS P. KURLAND**

THOMAS P. KURLAND, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.     I am an attorney admitted to practice before this Court and Counsel at the law firm of Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiffs in the above-captioned action. I am fully familiar with the facts set forth herein.

2.     On August 23, 2021, I led the team that conducted a civil seizure, pursuant to an order of this Court (Dkt. No. 46), at the residence of Zafar Abdullaev, located at 63-15 Everton

Street, Rego Park, New York.   I was present throughout the seizure, including during all interactions with Abdullaev.

3.      Abdullaev and his wife Diora Nabieva were home during the seizure and cooperated with Gilead's investigators and digital forensics analyst, including providing passwords to business-related electronic devices.

4.      Abdullaev told us that he had spoken to Ishbay Shukurov, and that he was already familiar with Plaintiffs' allegations.  Abdullaev claimed that Shukurov was the one giving him instructions, and not the other way around.  Rather, Abdullaev explained that he merely acted as a courier for checks to Shukurov, but did not know what the checks were for.

5.      Abdullaev and Nabieva also stated that they were familiar with Defendant Peter Khaim.  In particular, Nabieva said she had known Khaim for at least seven years, and confirmed that her and Abdullaev's residence (i.e., 63-15 Everton St.) was owned by Khaim and his family.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 2, 2021.

_____
THOMAS P. KURLAND

2