UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------

GILEAD SCIENCES, INC., GILEAD SCIENCES :
IRELAND UC, and GILEAD SCIENCES, LLC, :

               Plaintiffs, :

v. :

SAFE CHAIN SOLUTIONS, LLC; PATRICK :
BOYD; CHARLES BOYD; WORLDWIDE :
PHARMA SALES GROUP, INC. d/b/a :
PHARMASALES.COM; ADAM S. BROSIUS; :
BOULEVARD 9229 LLC; ISHBAY SHUKUROV; :
PETER KHAIM; ZAFAR ABDULLAEV; :
PROPHARMA DISTRIBUTION LLC; LEVI :
ELLIS; SYNERGY GROUP WHOLESALERS :
LLC; CARLOS VEGA; ISLAND CHEMISTS, :
INC. d/b/a MEADOW DRUGS & SURGICAL; :
RANDOLPH MOHABIR; V.L.S. PHARMACY :
INC.; GOPESH M. PATEL; LIN PHARMACY :
INC. d/b/a MAKKI PHARMACY; SAMUEL :
YAKUBOV; MONICA A. NGO; ASCENSION :
PHARMACY HOLDINGS I LLC d/b/a :
MERMAID RX AND ARIEL PHARMACY; and :
ALEX GELBINOVICH, :

               Defendants. :

---------------------------------------------------------------------

Case No. 21-cv-4106 (AMD) (RER)

**FILED UNDER SEAL**
**PURSUANT TO 15 U.S.C. § 1116(d)**
**AND COURT ORDER (DKT. NO. 20)**

## DECLARATION OF GEOFFREY POTTER

GEOFFREY POTTER, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.　　I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (collectively, "Gilead").

2.　　I make this declaration in support of Gilead's reply brief in support of an order to show cause for a preliminary injunction and confirmation of the seizure order, in support of

Gilead's order to show cause for contempt sanctions against Defendants Peter Khaim, Boulevard 9229 LLC, Synergy Group Wholesalers LLC, and Carlos Vega, and to place certain facts and documents before this Court.

3.      Gilead respectfully moves this Court to order Defendants Peter Khaim, Boulevard 9229 LLC, Synergy Group Wholesalers LLC, and Carlos Vega to show cause why they should not be held in contempt of court for failing to comply with this Court's seizure orders and asset freeze order.  Unless this order is issued, Gilead will suffer immediate and irreparable injury, hamstrung in its ability to trace the dangerous counterfeit Gilead-branded medicines distributed by the Defendants.  Due to the pressing public health concerns raised by this request, this motion has been brought by order to show cause.  No prior request has been made for the relief requested herein.

4.      I attach hereto true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 66 | Text messages between Peter Khaim and pharmacy (redacted), August 12, 2021 |
| 67 | Email from Consultinggroup910@gmail.com concerning Boulevard 9229, LLC, March 5, 2020 |
| 68 | Email to PKhaim01@gmail.com concerning Boulevard 9229, LLC, August 26, 2021 |
| 69 | "Cesar Castillo LLC" checks found in the residence of Carlos Vega, with bank account information redacted |
| 70 | "Cesar Castillo LLC" corporate stamp found in the residence of Carlos Vega, with bank account information redacted |
| 71 | Bank and business records found in the residence of Zafar Abdullaev |
| 72 | "BN Aster Inc" checks with address 92-29 Queens Boulevard found in the residence of Zafar Abdullaev, with bank account information redacted |

| Exhibit No. | Description |
|---|---|
| 73 | "BN Samana Inc" checks with address 92-29 Queens Boulevard found in the residence of Zafar Abdullaev, with bank account information redacted |
| 74 | Text messages between Peter Khaim and Zafar Abdullaev, with bank account information redacted |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 2, 2021.

_____

GEOFFREY POTTER

3

# Potter Declaration Ex. 66

# Aug 12, 2021

(███) ███-████ ██████; (646) 247-1380 Peter Khaim

> Triumeq 75 1800 Tivicay. 75. 900 Dyscovy. 300 600 Biktarvy 200. 1800 Truvada 50. 500

(646) 247-1380 Peter Khaim 8/12/2021 2:33:39 PM

Descovy agreed

(███) ███-████ ██████ 8/12/2021 2:38:00 PM

Triumeq 75 1000 Tivicay 75 600 Biktarvy 200 1200 Thanks

(███) ███-████ ██████ 8/12/2021 2:40:29 PM

He ll not do it

(646) 247-1380 Peter Khaim 8/12/2021 2:40:57 PM

Just take descovy

(646) 247-1380 Peter Khaim 8/12/2021 2:41:03 PM

Try again

(███) ███-████ ██████ 8/12/2021 2:41:37 PM

I'll try

(646) 247-1380 Peter Khaim 8/12/2021 2:41:47 PM

# Potter Declaration Ex. 67

| | |
|---|---|
| **From:** | consulting group <consultinggroup910@gmail.com> |
| **Sent:** | Thursday, March 5, 2020 3:19 PM |
| **To:** | nycollectionservices@gmail.com |
| **Subject:** | Fwd: E-Corp Filing-190604010562 |
| **Attachments:** | 190604010562_FilingReceipt.pdf; Untitled attachment 00365.htm; 190604010562 _ack.pdf; Untitled attachment 00368.htm; CP575_1559855612532.pdf; Untitled attachment 00371.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Yefim Pinkhasov <ypatax@gmail.com>
> **Date:** June 7, 2019 at 10:31:52 AM EDT
> **To:** consultinggroup910@gmail.com, STAN ZAVULUNOV <envisionsolutions@hotmail.com>
> **Subject: Fwd: E-Corp Filing-190604010562**
>
> Hello,
>
> RE: BOULEVARD 9229 LLC,
>
> Attached please find :
>
> 1. Articles Of Organization;
>
> 2. NYS Filing Receipt;
>
> 3. IRS EIN Letter CP575.
>
> Please confirm the receipt.
>
>
> Thank you very much.
>
> Best regards,
> Yefim
>
> *VIP CONSULTING SOLUTIONS CORP*
> *76-39 169th Street*
> *Fresh Meadows, NY 11366-1339  USA*
>
> *Tel: 718-820-0551 or 718-880-4287*
> *Cell phone 917-744-6401*
> *ypatax@gmail.com*

1

*"**Nothing is worth more than this day." - Goethe**

*Information contained in this email transmission is privileged and confidential. If you are not the intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please notify the sender by email reply. To ensure compliance with requirements imposed by the IRS, we inform you that, unless otherwise expressly indicated, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

---------- Forwarded message ---------
From: <eCorps@dos.ny.gov>
Date: Tue, Jun 4, 2019 at 7:22 PM
Subject: E-Corp Filing-190604010562
To: <YPATAX@gmail.com>
Cc: <eCorps@dos.ny.gov>

## New York State Department of State

## Division of Corporations

**Please print this email for your records.**

Thank you for submitting your Articles of Organization through the Department of State's Online Filing System. The Articles of Organization have been filed by the Department of State.

We have attached the official filing receipt and any related document(s) for the following domestic limited liability company :

**DOS ID: 5564711**

**Business Name: BOULEVARD 9229 LLC**

**County: QUEENS**

**Filing Date: 06/04/2019**

**Biennial Statement Due: 06/04/2021**

**Email Address: YPATAX@GMAIL.COM**

**Next Steps:**

1. Retain this email and attachment(s) for your records. The Department of State does not mail additional hard copies of the filing receipt or related attachment(s). Additionally, the Department of State does not issue duplicate filing receipts and will not resend this email.

2. Information regarding publication requirements related to limited liability company formation is available on the Department of State's website.

3. Limited liability companies are required to file a Biennial Statement with the Department of State every two years pursuant to Limited Liability Company Law § 301. Limited liability companies that wish to receive an email notice when their Biennial Statement is due must provide an email address at the Department of State's Email Address Submission/Update Service.

**Resources**

. Instructions for filing Certificates of Correction, Certificates of Amendment and other documents with the Department of State

**Contact Information**

. Department of State: Email the Division of Corporations at corporations@dos.ny.gov.

3

# Potter Declaration Ex. 68



10:31 AM

**Premier Plus Coverage Inc**   Monday
To: pkhamn@gmail.com

# Boulevard 9229 LLC
# SWC1348876 WC

Good morning,

With reference to the above, we thank you again for placing your business with our agency.
Enclosed please find electronic copy of your renewal policy.

If there is any question, please let me know.

Sincerely,
Nataliya La Rosa.

Premier Plus Coverage, Inc. | Insurance Brokerage
6362 Saunders St. | Ste. 202 | Rego Park

   

# Potter Declaration Ex. 69



# Potter Declaration Ex. 70

PAY TO THE ORDER OF
BANK OF AMERICA
HIALEAH, FL 33013-1851
FOR DEPOSIT ONLY
CESAR CASTILLO LLC

# Potter Declaration Ex. 71



**Capital One Bank**

## ACCOUNT DISCLOSURE
### SPARK BUSINESS BASIC CHECKING

Page 1 of 2

**Today's Date:** 04/07/2021
**User Name:** Indrani Goswami

**Bank Office Location:** REGO PARK
**Bank Office Address:** 95-25 Queens Blvd
Rego Park          NY    11374
**Bank Office Phone Number:** (718) 897-6001
(Call for the most current information.)

### Balance Requirements:

| | |
|---|---|
| Minimum Amount Required to Open Account | $250.00 |
| Minimum Average Monthly Collected Balance Required to Avoid Monthly Cycle Service Charge | $2000.00 |

### Monthly Cycle Service Charge:

| | |
|---|---|
| Monthly Cycle Service Charge | $15.00 |

Monthly cycle service charge waived if:

- Maintain a Spark Business Unlimited Checking account in active status and in good sta

- Maintain an average monthly ledger balance of $2,000.00 or more in this checking acc whichever is higher; or

- Customer is a not-for-profit organization as defined by the state or federal government One Bank's data system.

### Additional Information:

1. Monthly cycle service charge will be assessed beginning on the third statement cycle monthly balance or additional product requirements are not met.

2. Limit 1 product-based service charge waiver per customer Taxpayer Identification Nur

3. Limit 2 Spark Business Basic Checking accounts with service charge waivers per Spa

4. There are no fees or limits on monthly transactions with this checking account.

5. Transaction charge for cash deposited above $5,000.00 per statement cycle (per thousand deposited).          $1.00 / $1,000.00

*92-29 Quee Boulevard, suit CU4-246 Rego Park NY 11374*

HNBF90 (10/20) 201013          Products and services offered by Capital One, N.A., Member FDIC.   ©2020 Capital One. All rights reserved.          Page 1 of 2

# Potter Declaration Ex. 72

## We appreciate your business!

This starter kit will help you access your new account right away. It contains documents to access your funds until your personalized order arrives in the mail.

**Please make sure you've talked with us about your options for:**

· Personalized checks
· Direct deposit
· Online banking
· Overdraft and protection services
· Other financial needs you may have

Our goal is to help you manage, grow and protect your money.

**We're available for you!**

Thank you for choosing us for your banking needs. We look forward to serving you for years to come.

Product #: FPSNK

---

BN ASTER INC
92-29 QUEENS BOULEVARD, APT/SUITE
CU4-246
QUEENS, NY 11374

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED IF REQUIRED ★

**✻ investors** Bank
3rd Avenue Office • Brooklyn, NY 11209
Investors 24 Hour Service: 1-888-444-4486 • myinvestorsbank.com

TOTAL FROM OTHER SIDE
SUB TOTAL
LESS CASH RECEIVED
$

010

---

BN ASTER INC                                                9994
92-29 QUEENS BOULEVARD, APT/SUITE
CU4-246                                    55-7203/2212
QUEENS, NY 11374
                                           DATE

PAY TO
THE ORDER OF                                          $

                                                    DOLLARS 🔒

**✻ investors** Bank
3rd Avenue Office • Brooklyn, NY 11209
Investors 24 Hour Service: 1-888-444-4486 • myinvestorsbank.com

MEMO

9994

---

BN ASTER INC                                                9995
92-29 QUEENS BOULEVARD, APT/SUITE
CU4-246                                    55-7203/2212
QUEENS, NY 11374
                                           DATE

PAY TO
THE ORDER OF                                          $

                                                    DOLLARS 🔒

**✻ investors** Bank
3rd Avenue Office • Brooklyn, NY 11209
Investors 24 Hour Service: 1-888-444-4486 • myinvestorsbank.com

MEMO

9995

---

BN ASTER INC                                                9996
92-29 QUEENS BOULEVARD, APT/SUITE
CU4-246                                    55-7203/2212
QUEENS, NY 11374
                                           DATE

PAY TO
THE ORDER OF                                          $

                                                    DOLLARS 🔒

**✻ investors** Bank
3rd Avenue Office • Brooklyn, NY 11209
Investors 24 Hour Service: 1-888-444-4486 • myinvestorsbank.com

MEMO

9996

---

Your Account Number
Routing Number
✻ investors

Please keep this ID card in a safe place. It contains your account number.

Your Account Number
Routing Number
✻ investors

Please keep this ID card in a safe place. It contains your account number.

---

| | Debit Card | | Teller Withdrawal | | Automatic Deposit | | Automatic Payment | | Online Bill Pay | | Online or Phone Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | DEPOSIT AMOUNT | $ |
|---|---|---|---|---|---|---|
| | | | $ | | $ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Potter Declaration Ex. 73

## We appreciate your business!

This starter kit will help you access your new account right away. It contains documents to access your funds until your personalized order arrives in the mail.

**Please make sure you've talked with us about your options for:**

· Personalized checks
· Direct deposit
· Online banking
· Overdraft and protection services
· Other financial needs you may have

Our goal is to help you manage, grow and protect your money.

**We're available for you!**

Thank you for choosing us for your banking needs. We look forward to serving you for years to come.

Product #:  FPSNK

---

DATE _____
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

investors Bank
3rd Avenue Office • Brooklyn, NY 11208
Investors 24 Hour Service: 1-888-444-4490 • myinvestorsbank.com

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$ _____

010

---

BN SAMANA INC
92-29 QUEENS BOULEVARD
QUEENS, NY 11374

55-7203/2212

9994

DATE _____

PAY TO THE ORDER OF _____ $ _____

_____ DOLLARS

investors Bank
3rd Avenue Office • Brooklyn, NY 11208
Investors 24 Hour Service: 1-888-444-4490 • myinvestorsbank.com

MEMO _____

9994

---

BN SAMANA INC
92-29 QUEENS BOULEVARD
QUEENS, NY 11374

55-7203/2212

9995

DATE _____

PAY TO THE ORDER OF _____ $ _____

_____ DOLLARS

investors Bank
3rd Avenue Office • Brooklyn, NY 11208
Investors 24 Hour Service: 1-888-444-4490 • myinvestorsbank.com

MEMO _____

9995

---

BN SAMANA INC
92-29 QUEENS BOULEVARD
QUEENS, NY 11374

55-7203/2212

9996

DATE _____

PAY TO THE ORDER OF _____ $ _____

_____ DOLLARS

investors Bank
3rd Avenue Office • Brooklyn, NY 11208
Investors 24 Hour Service: 1-888-444-4490 • myinvestorsbank.com

MEMO _____

9996

---

Routing Number

Your Account Number

investors
3rd Avenue Office • Brooklyn, NY 11208
Investors 24 Hour Service: 1-888-444-4490 • myinvestorsbank.com

Please keep this ID card in a safe place. It contains your account number.

Routing Number

Your Account Number

investors
3rd Avenue Office • Brooklyn, NY 11208
Investors 24 Hour Service: 1-888-444-4490 • myinvestorsbank.com

Please keep this ID card in a safe place. It contains your account number.

---

| | Debit Card | | Teller Withdrawal | | Automatic Deposit | | Automatic Payment | | Online Bill Pay | | Online or Phone Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | DEPOSIT AMOUNT | $ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Potter Declaration Ex. 74



# Mar 06, 2020

16464202338@s.whatsapp.net Asher MS; 19293724370@s.whatsapp.net Zafar Abdullaev

⊘ You deleted this message

**19293724370@s.whatsapp.net Zafar Abdullaev** 3/6/2020 11:02:15 AM



**16464202338@s.whatsapp.net Asher MS** 3/6/2020 11:23:14 AM



**19293724370@s.whatsapp.net Zafar Abdullaev** 3/6/2020 12:59:38 PM