Case 1:21-cv-04106-AMD-JAM    Document 63-5    Filed 09/02/21    Page 1 of 1 PageID #: 1857

TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Gilead Sciences, Inc. et al.

-v-

## Safe Chain Soltuions, LLC et al.  Docket Number

**21-cv-4106**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff [✔] Defendant [ ] DOJ [ ]
Name: Joshua R. Stein
Firm Name: Patterson Belknap Webb & Tyler LLP
Address: 1133 Avenue of the Americas
New York, NY 10036
Phone Number: (212) 336-7624
E-Mail Address: jstein@pbwt.com

<u>INDICATE UPON THE PUBLIC DOCKET SHEET:</u> YES [ ] NO [✔]
**If yes, state description of document to be entered on docket sheet:**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 02 2021 ★

BROOKLYN OFFICE

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: Dkt. No. 20
Judge/Magistrate Judge: Judge Rachel P. Kovner
Date Entered: 07/23/2021

**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: _____ , NEW YORK

_____
**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**
RECEIVED IN CLERK'S
OFFICE _____
DATE

<u>MANDATORY CERTIFICATION OF SERVICE</u>:
**A.)** [✔] A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** [ ] Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: [ ] ; or **C.)** [ ] This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

7/4/21
DATE

_____
SIGNATURE