UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

                Plaintiffs,

v.

SAFE CHAIN SOLUTIONS, LLC, *et al.*,

                Defendants.

Case No. 21-cv-4106 (AMD) (RER)

---

**PRELIMINARY INJUNCTION AS TO
DEFENDANTS RXWHOLESALE.COM LLC, GUSTAVO FERNANDEZ,
OMOM PHARMACEUTICALS, INC., QUAN HERNANDEZ, MAKE IT HAPPEN
MARKETING INC., MFK MANAGEMENT LLC, GENTEK LLC, TITAN
DISTRIBUTION & SERVICES LLC, TIDY GARAGES LLC, ASB WHOLESALE
DISTRIBUTORS LLC, SILVERLINE PHARMA LOGISTICS, PHARMA PAC
WHOLESALE CORP., CESAR CASTILLO WHOLESALERS LLC, AND
<u>DNS DISTRIBUTOR LLC.</u>**

WHEREAS, upon review of the Second Amended Complaint of Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead" or "Plaintiffs"), the accompanying declarations and the exhibits annexed hereto, and the memorandum of law in support submitted, this Court, for good cause shown, entered, on October 16, 2021, *inter alia*, an *ex parte* seizure order against Defendant Gustavo Fernandez and a temporary restraining order and order to show cause against Defendants RXWholesale.com LLC, Gustavo Fernandez, Omom Pharmaceuticals, Inc., Quan Hernandez, Make It Happen Marketing Inc., MFK Management LLC, Gentek LLC, Titan Distribution & Services LLC, Tidy Garages LLC, ASB Wholesale Distributors LLC, Silverline Pharma Logistics, Pharma Pac Wholesale Corp., Cesar Castillo Wholesalers LLC, and DNS Distributor LLC. (together, the "Defaulting Defendants"); and

WHEREAS, Gilead executed the *ex parte* seizure order on October 18, 2021 against Mr. Fernandez; and

1

WHEREAS, Gilead has served each of the Defaulting Defendants and filed affidavits of service with the Court; and

WHEREAS the Defaulting Defendants have not appeared in this action or submitted answering papers to the order to show cause;

NOW, THEREFORE, IT IS ORDERED that:

Pending the final hearing and determination of this action, Defendants RXWholesale.com LLC, Gustavo Fernandez, Omom Pharmaceuticals, Inc., Quan Hernandez, Make It Happen Marketing Inc., MFK Management LLC, Gentek LLC, Titan Distribution & Services LLC, Tidy Garages LLC, ASB Wholesale Distributors LLC, Silverline Pharma Logistics, Pharma Pac Wholesale Corp., Cesar Castillo Wholesalers LLC, and DNS Distributor LLC, and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them are preliminarily enjoined from:

1.  Purchasing, selling, distributing, marketing, manufacturing, or otherwise using any of the Gilead Marks (as defined below)[1] on any counterfeit or authentic product, or any marks confusingly similar thereto in connection with any products.

---

[1] The Gilead Marks are defined as follows:

| Trademark | Registration Number | Registration Date |
|---|---|---|
| GILEAD | 3251595 | June 12, 2007 |
|  | 2656314 | December 3, 2002 |
| GSI | 3890252 | December 14, 2010 |
| BIKTARVY | 5344455 | November 28, 2017 |
| DESCOVY | 4876632 | December 29, 2015 |
| DESCOVY FOR PREP | 5912591 | November 19, 2019 |
| 9883 | 5467392 | May 15, 2018 |
|  | 5636131 | December 25, 2018 |
|  | 5906177 | November 12, 2019 |
|  | 5030567 | August 30, 2016 |

2. Using any logo, trade name or trademark confusingly similar to any of the Gilead Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of any or all of the defendants or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

3. Infringing any of the Gilead Marks;

5. Falsely representing any or all of Defaulting Defendants as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade, retailers and/or members of the purchasing public to believe that any or all of Defaulting Defendants are associated with Plaintiffs;

6. Using any reproduction, counterfeit, copy, or colorable imitation of any of the Gilead Marks in connection with the publicity, promotion, sale, or advertising of any Gilead product, including without limitation BIKTARVY® and DESCOVY®;

7. Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being Gilead products, including without limitation BIKTARVY® and DESCOVY®, and from offering such goods in commerce;

|  |  |  |
|---|---|---|
| [701 pill image] | 5154303 | March 7, 2017 |
| TRUVADA | 2915213 | December 28, 2004 |
| GENVOYA | 4797730 | August 25, 2015 |
| ATRIPLA | 3276743 | August 7, 2007 |
| RANEXA | 3094007 | May 16, 2006 |
| VOSEVI | 5259592 | August 8, 2017 |
| STRIBILD | 4263613 | December 25, 2012 |
| [pill image] | 6031751 | April 14, 2020 |
| SOVALDI | 4468665 | January 21, 2014 |
| [7977 pill image] | 5018106 | August 9, 2016 |
| 7977 | 4585257 | August 12, 2014 |

   8.  Diluting any of the Gilead Marks;

   9.  Removing from their premises, or discarding, destroying, transferring or disposing in any manner any information, computer files, electronic files, WhatsApp or text messages, business records (including but not limited to e-mail communications) or other documents relating to the Defaulting Defendants' assets and operations or relating in any way to the purchase, sale, manufacture, offer for sale, distribution, negotiation, importation, advertisement, promotion, or receipt of any products purporting to be Gilead products, including without limitation any products bearing any of the Gilead Marks, including without limitation BIKTARVY® and DESCOVY®; and

   10.  Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (9) above; and it is further

  ORDERED that, as to Defendant Fernandez, Plaintiffs and their surety U.S. Specialty Insurance Company are released from any and all liability under Bond Number 1001160238 and any liability under or as a result of the seizure order signed by the Court in this case on October 16, 2021, or the execution thereof, and the seizure is hereby confirmed; and it is further

  ORDERED that to the extent they have not done so, the Defaulting Defendants shall produce and deliver all documents and materials they are required to produce under the Seizure Order and the Temporary Restraining Order by the deadlines set forth in each respective order, including any products bearing any of the Gilead Marks that are or come into the possession of the Defaulting Defendants.

                                              s/Ann M. Donnelly
                                              Hon. Ann M. Donnelly

Issued:       November 10, 2021