Clerk's Office
Filed Date: 1/6/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
GILEAD SCIENCES, INC., et al.,                :

                      Plaintiffs,         :

  - v -

                                     :

SAFE CHAIN SOLUTIONS, LLC, et al.,

                      Defendants.       :
-------------------------------------------------------

Case No.: 21-cv-4106
(AMD)(RER)

NOTICE OF APPEARANCE
<u>AS COUNSEL</u>

SIRS:

      PLEASE TAKE NOTICE, that the Defendant, Daniel Gelbinovich, has retained Albert Y. Dayan, Esq. as his attorney and respectfully requests that a copy of all papers in this proceeding be served upon the undersigned at this office and post office address stated below.

Dated: Kew Gardens, New York
        January 5, 2022

                                                     Respectfully submitted,

                                                     _____/s/_____
                                                     Albert Y. Dayan, Esq. (AYD-5222)
                                                     Attorney at Law for Defendant
                                                     Daniel Gelbinovich
                                                     80-02 Kew Gardens Road, Suite 902
                                                     Kew Gardens, New York 11415
                                                     (718) 268-9400
                                                     dayanlaw@aol.com