**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------

GILEAD SCIENCES, INC., et al.,

                             Plaintiffs,

v.

SAFE CHAIN SOLUTIONS, LLC, et al.,

                             Defendants.

------------------------------------------------------------

Case No. 21-cv-4106 (AMD) (RER)

**FILED UNDER SEAL**
**PURSUANT TO 15 U.S.C. § 1116(d)**
**AND COURT ORDER (DKT. NO. 20)**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead"), by and through their counsel of record, hereby dismiss all claims in this lawsuit against Defendant USDV Pharma LLC ("USDV") without prejudice.

Dismissal without prejudice under Rule 41(a)(1)(A)(i) is proper because USDV has not served an answer or filed a motion for summary judgment in this action.

DATED:      New York, New York
            January 12, 2022

                              Respectfully submitted,

                              _GEOFFREY POTTER (signature)_

                              _____

                              GEOFFREY POTTER
                              ARON FISCHER
                              TIMOTHY A. WATERS
                              JOSHUA R. STEIN
                              GIZELE RUBEIZ
                              PATTERSON BELKNAP WEBB & TYLER LLP
                              1133 Avenue of the Americas
                              New York, NY  10036-6710
                              Tel:    (212) 336-2000
                              Fax:    (212) 336-2222
                              gpotter@pbwt.com
                              afischer@pbwt.com
                              twaters@pbwt.com
                              jstein@pbwt.com
                              grubeiz@pbwt.com

                              *Attorneys for Plaintiffs Gilead Sciences, Inc., Gilead
                              Sciences Ireland UC, and Gilead Sciences, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, I served the foregoing upon the following:

Jonathan Levitt
Todd Mizeski
Jesse Dresser
Frank Magaletta
Lucas Morgan
Jason N. Silberberg
FRIER LEVITT, LLC
jlevitt@frierlevitt.com
tmizeski@frierlevitt.com
jdresser@frierlevitt.com
fmagaletta@frierlevitt.com
lmorgan@frierlevitt.com
jsilberberg@frierlevitt.com
*Counsel for Defendants Safe Chain Solutions,
LLC, Patrick Boyd, and Charles Boyd*

Mark A. Berman, Esq.
HARTMANN DOHERTY ROSA BERMAN &
BULBULIA
mberman@hdrbb.com
*Counsel for Worldwide Pharma Sales Group,
Inc. d/b/a Pharmasales.com and Adam S.
Brosius*

Susan Brichler Trujillo
Gregory T. Everts
Hector J. Diaz
Ryan L. Torres
Ryan D. Rainey
QUARLES & BRADY LLP
Susan.trujillo@quarles.com
Gregory.everts@quarles.com
Hector.diaz@quarles.com
Ryan.Torres@quarles.com
Ryan.Rainey@quarles.com

Andrey Spektor
BRYAN CAVE LEIGHTON PAISNER LLP
andrey.spektor@bclplaw.com
*Counsel for Defendants ProPharma
Distribution LLC and Levi Ellis*

James R. Froccaro
jrfesq61@aol.com
*Counsel for Defendant Peter Khaim*

Juan Diego Berrio
Berrio & Berrio PA
Jdberrio@hotmail.com
*Counsel for Defendant Carlos Vega*

Gerald J. Di Chiara
jdichiarag@aol.com
*Counsel for Defendant Zafar Abdullaev*

R. David Lane, Jr.
MARSHALL DENNEHEY WARNER COLEMAN &
GOGGIN, P.C.
rdlane@mdwcg.com
*Counsel for Defendants Island Chemists, Inc.
d/b/a Meadow Drugs & Surgical and
Randolph Mohabir*

James P. Flynn
EPSTEIN BECKER & GREEN P.C.
JFlynn@ebglaw.com
*Attorney for Defendant Ascension Pharmacy
Holdings I LLC d/b/a Mermaid RX and Ariel
Pharmacy*

Leo Shalit
leo@shalit-law.com
*Counsel for Defendant Alex Gelbinovich*

Matthew J. Conrey
Maria Campese
Robert E. Hewitt
SCHWARTZ, CONROY, & HACK P.C.
mjc@schlawpc.com
mac@schlawpc.com
reh@schlawpc.com
*Counsel for Defendants Lin Pharmacy, Inc.
d/b/a Makki Pharmacy, Monica Ngo, and
Samuel Yakubov*

3

Jonathan Savella
Jonathan.savella@gmail.com
*Counsel for Defendant Ishbay Shukurov*

Nick Oberheiden
Elizabeth K. Stepp
OBERHEIDEN P.C.
nick@federal-lawyer.com
eks@federal-lawyer.com
*Counsel for Defendants Dhruv Ralhan and
D&K Healthcare Solutions LLC*

Rick Collins
COLLINS GANN MCCLOSKEY & BARRY PLLC
rcollins@cgmbesq.com

Michael J. Schwab
Stephen J. Ginsberg
Lauren Bernstein
MORITT HOCK & HAMROFF LLP
mschwab@moritthock.com
sginsberg@moritthock.com
lbernstein@moritthock.com
*Counsel for Defendants John
Panagiotopoulos, Mike Zangari, Riccardo
Massana, Paul Rosell and Med-Connect
Enterprises, LLC*

Jacob Laufer
Shulamis Peltz
jlaufer@lauferlaw.com
speltz@lauferlaw.com
*Counsel for Defendant Gabriel Betesh*

Robert V. Williams
BURR & FORMAN LLP
rwilliams@burr.com
*Counsel for Defendants Pavan
Mantripragada and Streamline RX LLC*

Joseph W. Carbonaro
CARBONARO LAW, P.C.
joe@jcarbonarolaw.com
*Counsel for Defendants Venkata Srinivas
Mannava and DSP Consulting Inc.*

Gigio K. Ninan
Shankar Ninan & Co. LLP
gio@shankarninan.com
*Counsel for Defendants VLS Pharmacy Inc.
and Gopesh M. Patel*

Stanley R. Goodman
Richard S. Schurin
Steven Stern
Penina Green
Moshe Allweiss
STERN & SCHURIN LLP
sgoodman@sternschurin.com
rschurin@sternschurin.com
sstern@sternschurin.com
pgreen@sternschurin.com
mallweiss@sternschurin.com
*Counsel for Defendants Scripts Wholesale
Inc., NER250 LLC d/b/a Scripts Wholesale,
Steven Diamantstein, USDV Pharma LLC,
and Jeffrey Beetley*

Richard Trenk
Mark Moon
Satish Poondi
TRENK ISABEL
Rtrenk@trenkisabel.law
Mmoon@trenkisabel.law
Spoondi@trenkisabel.law
*Counsel for Defendants Sekar Venkatesh,
Maryland Pharmacies Inc. d/b/a The
Medicine Shoppe #1802, and PrimeRx Inc.*

Michael Kushner
Kushner Law Group, PLLC
mk@kushlawgroup.com
*Counsel for Defendants Quan Hernandez and
Make It Happen Marketing Inc.*

Albert Dayan
dayanlaw@aol.com
*Counsel for Defendant Daniel Gelbinovich*

4

Miguel del Aguila
Delaguilalaw@aol.com
*Counsel for Defendants Jorge Caba and
Invicta Wholesale Supply LLC*

John W. Gafnea (*pro se*)
Robert W. Gafnea (*pro se*)
CM Pharmaceutical LLC
cm.pharma@yahoo.com


Henry E. Marines, Esq.
LAW OFFICE OF HENRY E. MARINES, P.A.
hm@henrymarineslaw.com

Oscar A. Herasme, Esq.
HERBERT LAW GROUP LLC
oherasme@herbertlawllc.com
*Counsel for Defendants Gustavo Fernandez
and Omom Pharmaceuticals Inc.*

/s/ *Joshua R. Stein*