UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

          Plaintiffs,

v.

SAFE CHAIN SOLUTIONS, LLC, *et al.*,

          Beetley.

Case No. 21-cv-4106-AMD-RER

---

## CONSENT JUDGMENT AND PERMANENT INJUNCTION
## AS TO JEFFREY S. BEETLEY

On consent of Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead") and Defendant Jeffrey S. Beetley ("Beetley"), and pursuant to Fed. R. Civ. P. 54(b), it is hereby ORDERED, ADJUDGED, and DECREED:

1.    Beetley and his predecessors, successors, agents, and assigns, or any other person in active concert and participation with him, is enjoined from importing, purchasing, selling, distributing, marketing, or otherwise using in commerce in the United States any Gilead Products (as defined below), including authentic products, or assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in this paragraph. Notwithstanding the above, nothing in this Consent Judgment shall prohibit or restrict Beetley or anyone else from personally using any Gilead Products or any other pharmaceutical.

2. The "Gilead Products" are defined as all products manufactured by or sold by Gilead or its subsidiaries in the United States, including but not limited to all products bearing anywhere any of the Gilead Marks (as defined below), whether on the product itself or any of its packaging.

3. The Gilead Marks include the following:

| Trademark | Registration Number | Registration Date |
|---|---|---|
| GILEAD | 3251595 | June 12, 2007 |
|  | 2656314 | December 3, 2002 |
| GSI | 3890252 | December 14, 2010 |
| BIKTARVY | 5344455 | November 28, 2017 |
| DESCOVY | 4876632 | December 29, 2015 |
| DESCOVY FOR PREP | 5912591 | November 19, 2019 |
| 9883 | 5467392 | May 15, 2018 |
|  | 5636131 | December 25, 2018 |
|  | 5906177 | November 12, 2019 |
|  | 5030567 | August 30, 2016 |
|  | 5154303 | March 7, 2017 |
| TRUVADA | 2915213 | December 28, 2004 |
| GENVOYA | 4797730 | August 25, 2015 |
| ATRIPLA | 3276743 | August 7, 2007 |
| RANEXA | 3094007 | May 16, 2006 |
| VOSEVI | 5259592 | August 8, 2017 |
| STRIBILD | 4263613 | December 25, 2012 |
|  | 6031751 | April 14, 2020 |
| SOVALDI | 4468665 | January 21, 2014 |
|  | 5018106 | August 9, 2016 |
| 7977 | 4585257 | August 12, 2014 |

4. Nothing in this Consent Judgment and Permanent Injunction is or shall be construed as an admission, express or implied, by any party, including an admission of any liability, wrongdoing, or violation of law.

5. In addition to other remedies, including damages, for contempt of this Permanent Injunction, in the event of breach or violation of the terms of this Permanent Injunction by Beetley,

or his predecessors, successors, agents, and assigns, or any other person in active concert and participation with him, Gilead is entitled to a preliminary and permanent injunction against the breaching conduct solely upon a showing of likelihood of success of establishing that such a breach occurred.

6. This Consent Judgment is entered pursuant to Fed. R. Civ. P. 58, and this action is hereby dismissed against Beetley only, without costs or attorneys' fees, ~~save that this District Court shall retain jurisdiction over this action, including over implementation of, or disputes arising out of, this Consent Judgment or the settlement of this action with regard to Beetley~~. A prevailing party, in addition to any award of damages or injunctive relief, shall be entitled to an award of actual attorneys' fees in any such dispute.

DATED: March 25, 2022

| | |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP | STERN & SCHURIN LLP |
| By: */s/ Geoffrey Potter* | By: */s/ Richard S. Schurin* |
| Geoffrey Potter | Richard S. Schurin |
| Aron Fischer | Moshe Yosef Allweiss |
| Timothy A. Waters | Penina Green |
| Thomas P. Kurland | Stanley R. Goodman |
| Joshua R. Stein | Steven Stern |
| Gizele Rubeiz | |
| Angelica H. Nguyen | |
| 1133 Avenue of the Americas | 595 Stewart Avenue, Suite 510 |
| New York, NY 10036-6710 | Garden City, NY 11530 |
| T: 212-336-2000 | T: 516-248-0300 |
| F: 212-336-2222 | F: 516-283-0277 |
| E: gpotter@pbwt.com | E: rschurin@sternschurin.com |
|    afischer@pbwt.com |    mallweiss@sternschurin.com |
|    twaters@pbwt.com |    pgreen@sternschurin.com |
|    tkurland@pbwt.com |    gsesq600@optonline.net |
|    jstein@pbwt.com |    sstern@sternschurin.com |
|    grubeiz@pbwt.com | |
|    anguyen@pbwt.com | |
| | *Attorneys for Jeffrey S. Beetley* |
| *Attorneys for Plaintiffs* | |
| *Gilead Sciences, Inc., et al.* | |

**IT IS SO ORDERED**

s/Ann M. Donnelly
_____
HON. ANN M. DONNELLY, U.S.D.J.

Dated: _____April 15_____, 2022