UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GILEAD SCIENCES, INC., et al.

                              Plaintiff,

       -against-

SAFE CHAIN SOLUTIONS, LLC, et al.

                            Defendants.
-------------------------------------------------------x

**STIPULATION**

21 CV 4106 (AMD)(RER)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that Defendant Peter Khaim's time to Answer the Third Amended Complaint filed by Plaintiffs in this matter is extended to July 8, 2022.

Dated: May 12, 2022

PATTERSON BELKNAP, etc.:

_____
By: THOMAS P. KURLAND
Attorneys for Plaintiffs
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: (212) 336-6710
Email: tkurland@pbwt.com

_____
JAMES R. FROCCARO, JR.
Attorney for Defendant Peter Khaim
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
Phone: (516) 944-5062
Email: jrfesq61@aol.com