Generated: Aug 1, 2022 2:37PM                                                                                             Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Aug 1, 2022 2:37PM

JOSEPH CARBONARO

| Rcpt. No: 100000502 | | Trans. Date: Aug 1, 2022 2:37PM | | | Cashier ID: #DA |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | DNYE121CV004106 /007<br>DSP CONSULTING, INC<br>**FBO**: Venkata Srinivas Mannava, DSP Consulting, Inc. | 1 | 382255.34 | 382255.34 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #1006 | 08/1/2022 | | $382,255.34 |
| | | | | Total Due: | $382,255.34 |
| | | | | Total Tendered: | $382,255.34 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.