UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., et al.,

        Plaintiffs,

v.

SAFE CHAIN SOLUTIONS, LLC, et al.,

        Defendants.

---

Case No. 21-cv-4106 (AMD) (RER)

## ORDER UNSEALING THE
## FOURTH AMENDED COMPLAINT AND OTHER DOCUMENTS

WHEREAS, on July 30, 2022, Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (collectively, "Plaintiffs") filed their proposed Fourth Amended Complaint and sought a temporary restraining order, asset freeze order, and seizure order against several newly named Defendants, and filed those documents *ex parte* and under seal pursuant to 15 U.S.C. § 1116(d)(8);

WHEREAS, on August 11, 2022, the Court granted Plaintiffs' *ex parte* motion seeking, *inter alia*, to amend the pleadings, for a Temporary Restraining Order, and for a Seizure Order;

WHEREAS, Plaintiffs and other parties to this action have subsequently filed several documents on the docket under seal, and the Court has entered several orders under seal, pursuant to 15 U.S.C. § 1116(d)(8);

WHEREAS, on September 7, 2022 the Court held a confirmation hearing and confirmed the Seizure Order; and

1

13914272

WHEREAS, Plaintiffs have not objected, and no defendant who is the subject of the Seizure Order or Temporary Restraining Order has presented an objection to the unsealing of this action;

It is hereby ORDERED that:

The sealing of this case in connection with Plaintiffs' July 30, 2022 *ex parte* motion is hereby lifted. All filings, orders, and other entries on the docket beginning from the date July 30, 2022 to the date of this Order shall be unsealed.

s/Ann M. Donnelly<br>
UNITED STATES DISTRICT JUDGE

Issued:	September 28, 2022