# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GILEAD SCIENCES, INC., et al., | : |
| | : |
| Plaintiffs, | :  Case No. 21-cv-4106 (AMD) (RER) |
| | : |
| v. | : |
| | : |
| SAFE CHAIN SOLUTIONS, LLC, et al., | : |
| | : |
| Defendants. | : |

---

## STIPULATION AND [PROPOSED] ORDER MODIFYING THE ASSET FREEZE AS TO DEFENDANT EDVIN OVASAPYAN

WHEREAS, on July 30, 2022, Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead" or "Plaintiffs") filed their proposed Fourth Amended Complaint and sought a temporary restraining order and asset freeze order against, *inter alia*, Defendant Edvin Ovasapyan (hereinafter, "Mr. Ovasapyan");

WHEREAS, on August 11, 2022, the Court entered, the Fourth Amended Complaint, the Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction, and the Asset Freeze Order (Dkt. Nos. 626-628);

WHEREAS, on August 23, 2022, the Court entered an Order extending and modifying the Asset Freeze Order and Temporary Restraining Order and Order to Show Cause with regard to Mr. Ovasapyan (Dkt. No. 642);

WHEREAS, on October 5, 2022, the Court entered an Order granting a stipulation for a preliminary injunction and extending Mr. Ovasapyan's time to respond to the Fourth Amended Complaint and the Asset Freeze Order (Dkt. No. 797);

WHEREAS, on October 31, 2022, the Court entered an Order granting a stipulation extending Mr. Ovasapyan's time to respond to the Asset Freeze Order (Dkt. No. 846); and

14297146v.1

WHEREAS on or around November 17, 2022 Plaintiffs and Mr. Ovasapyan agreed to modify the Asset Freeze Order, resolving all issues with respect to the Asset Freeze Order and Mr. Ovasapyan;

WHEREAS on November 17, 2022, the Hon. Judge Ann M. Donnelly So Ordered the Stipulation and Agreement entered by the Plaintiffs and Mr. Ovasapyan resolving all issues with respect to the Asset Freeze Order (Dkt. No. 860)

WHEREAS Mr. Ovasapyan has since learned that American Express has taken the position that the Asset Freeze Order remains in effect as to Mr. Ovasapyan and requires that the asset freeze be lifted before issuing credit to him.

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and Mr. Ovasapyan, it is hereby ORDERED that:

1. The Court's August 11, 2022 Asset Freeze Order, modified on August 23, 2022, October 5, 2022, October 31, 2022 and November 17, 2022 is hereby further MODIFIED as to Mr. Ovasapyan as follows:

   a. The Asset Freeze Order and the modifications thereto referenced above shall not apply to credit cards issued by American Express. For the avoidance of doubt, American Express may issue credit to Mr. Ovasapyan and unfreeze his credit card account.

   b. Except to the extent inconsistent with this Order, the provisions of the Court's Asset Freeze Order and the modifications thereto referenced above shall remain in effect.

14297146v.1

2. Plaintiffs and Mr. Ovasapyan do not waive and reserve all rights and remedies not specifically addressed herein.

3. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: May 2, 2023

Respectfully submitted,

| PATTERSON BELKNAP WEBB & TYLER LLP | CANALES PLLC |
|---|---|
| By: /s/ Thomas P. Kurland<br>  Geoffrey Potter<br>  Aron Fischer<br>  Timothy A. Waters<br>  Thomas P. Kurland<br><br>1133 Avenue of the Americas<br>New York, NY  10036-6710<br>T:  212-336-2000<br>F:  212-336-2222<br>E:  gpotter@pbwt.com<br>    afischer@pbwt.com<br>    twaters@pbwt.com<br>    tkurland@pbwt.com<br><br>*Attorneys for Plaintiffs*<br>*Gilead Sciences, Inc., et al.* | By: *Jason Canales*<br>  Jason Canales<br>  125 Park Avenue, 25th Floor<br>  New York, New York 10017<br>  T: 212-988-2039<br>  E: jason@canalespllc.com<br><br>*Attorney for Defendant Edvin Ovasapyan* |

**IT IS SO ORDERED**

_____
HON. ANN M. DONNELLY, U.S.D.J.

Dated: _____, 2023

14297146v.1