

Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue, NW
Fourth Floor
Washington, DC 20036

202 499 7900

www.wmclaw.com

August J. Matteis, Jr.
Direct Dial: 202-499-7910
amatteis@wmclaw.com

May 25, 2023

**By ECF**

Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Gilead Sciences, Inc., et al. v. Safe Chain Solutions, LLC, et al.*, No. 21cv4106

Dear Judge Donnelly:

We write on behalf of Safe Chain Solutions, LLC ("Safe Chain"), Charles Boyd, and Patrick Boyd (collectively, the "Safe Chain Parties"), and Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (collectively, "Gilead," and together with the Safe Chain Parties, the "Parties") in response to Your Honor's April 25, 2023, Order directing the Parties to engage in settlement discussions. The Safe Chain Parties made a written settlement offer to Gilead on May 12 pursuant to Your Honor's Order. That offer was lower than the Safe Chain Parties' prior offer, and Gilead rejected the offer orally and declined to make a counter.

The gulf in the Parties' positions stems from their fundamental disagreement about the scope of liability in this this case and is likely to persist until summary judgment rulings.

The Parties propose the following briefing schedule for Gilead's forthcoming motion to dismiss the Safe Chain Parties' counterclaims:

Gilead's Motion due:                         July 14, 2023

Safe Chain Parties' Opposition due:   September 1, 2023

Gilead's Reply due:                           September 22, 2023

Honorable Ann M. Donnelly
May 25, 2023
Page 2

                            Respectfully submitted,

                            */s/August J. Matteis, Jr.*
                            August J. Matteis, Jr.
                            William E. Copley
                            Matthew S. Krauss
                            William E. Jacobs
                            Weisbrod Matteis & Copley PLLC
                            1200 New Hampshire Ave. NW, 4th Floor
                            Washington, DC 20036
                            T:       202-499-7900
                            F:       202-478-1795
                            E:       amatteis@wmclaw.com
                                          wcopley@wmclaw.com
                                          mkrauss@wmclaw.com
                                          wjacobs@wmclaw.com
                            *Attorneys for Safe Chain Solutions, LLC, Charles Boyd, and Patrick Boyd*