

www.pbwt.com

January 4, 2024

Timothy A. Waters
Partner
(212) 336-7601
twaters@pbwt.com

**By ECF**

Hon. Joseph A. Marutollo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>*Gilead, et al. v. Safe Chain, et al.*, No. 21-cv-4106 (AMD) (JAM)</u>

Dear Judge Marutollo:

  As you know, we represent the Plaintiffs (together, "Gilead") in this action. We write briefly in response to Your Honor's Order today that "[t]he parties shall be expected to discuss a timeline for expert discovery at the January 5, 2024 conference."[1]

  Judge Reyes set an expert discovery schedule on the record at a June 29, 2023 conference, but the schedule he set was not memorialized in a subsequent written order. Because that schedule is not apparent on the face of the docket, we have enclosed a courtesy copy of the relevant section of the transcript here. As reflected in the transcript, Judge Reyes set the following schedule:

- Initial Expert Reports due March 15, 2024;
- Rebuttal Expert Reports due April 15, 2024; and
- Completion of Expert Discovery by May 15, 2024.

**Ex. 1** at 30-31. We look forward to meeting with Your Honor at tomorrow's conference.

              Respectfully submitted,

              */s/ Timothy A. Waters*

              Timothy A. Waters

cc: All counsel of record (via ECF)

---

[1] Gilead is cognizant of Your Honor's January 2 order that "no further discovery-related letters shall be filed prior to the January 5, 2024 conference"; Gilead submits this letter as a courtesy to the Court, and not to seek relief or advocate a position.

# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF NEW YORK (BROOKLYN)

 3    GILEAD SCIENCES, INC., et al,
                                         Case No. 1:21-cv-04106-AMD-RER
 4              Plaintiffs,

 5    v.                                 Brooklyn, New York
                                         June 29, 2023
 6    SAFE CHAIN SOLUTIONS, LLC, et
      al,
 7
                Defendants.
 8

 9               TRANSCRIPT OF VIDEO CONFERENCE HEARING
              BEFORE THE HONORABLE RAMON E. REYES, JR.
10                  UNITED STATES MAGISTRATE JUDGE

11    APPEARANCES:
      For the Plaintiffs:          Timothy A. Waters, Esq.
12    (Gilead Sciences, Inc.)      Maxwell K. Weiss, Esq.
                                   George Soussou, Esq.
13                                 Gizele Rubeiz, Esq.
                                   Patterson Belknap Webb & Tyler,
14                                 LLP
                                   1133 Ave of the Americas
15                                 New York, NY 10036

16    For the Defendant:           Bettina Schein, Esq.
      (Boris Abramov and Hashem    565 Fifth Avenue 7th Floor
17    Yitbarach, LLC)              New York, NY 10017

18    For the Defendant:           Jason Canales, Esq.
      (Edvin Ovasapyan)            Canales, PLLC
19                                 125 Park Avenue
                                   2Fifth FL
20                                 New York, NY 10021

21    For the Defendant:           Roman Leonov, Esq.
      (Armando Herrera and         Lust & Leonov
22    Yisel Lopez)                 75 Maiden Lane
                                   #506
23                                 New York, NY 10038

24

25
```

```
 1   APPEARANCES (continued):
     For the Defendant:              Alec Sauchik, Esq.
 2   (Tariel Begiyev)                Lachlan Tyler, Sauchik & Giyaur,
                                     P.C.
 3                                   17 State Street
                                     Suite 3230
 4                                   New York, NY 10004For the

 5   For the Defendant:              Kerry K. Jardine, Esq.
     (Raoul Diamantstein              Gordon & Rees. LLP
 6   and Lieb Pharmacy)              40 Calhoun Street
                                     Ste 350
 7                                   Charleston, SC 29401

 8   For the Defendant:              Oleg A. Mestechkin, Esq.
     (Peter Khaim)                   Mestechkin Law Group P.C.
 9                                   1733 Sheepshead Bay Rd
                                     Suite 29
10                                   Brooklyn, NY 11235

11   For the Defendants:             Mark A. Berman, Esq.
     (Worldwide Pharma Sales         Hartmann Doherty Rosa Berman &
12   Group, Inc. and Adam            Bulbulia, LLC
     Brosius)                        1270 Avenue of the Americas
13                                   Suite 816
                                     New York, NY 10020
14
     For the Defendants:             William E. Jacobs, Esq.
15   (Safe Chain Solutions, LLC,     Weisbrod Matteis & Copley, PLLC
     Patrick Boyd, and Charles       1200 New Hampshire Avenue, NW
16   Boyd)                           Suite 600
                                     Washington, DC 20009
17
     For the Defendants:             Shulamis Peltz, Esq.
18   (Rxwholesale.com, LLC and       Law Office of Jacob Laufer
     Gabriel Betesh)                 65 Broadway, Suite 1005
19                                   New York, NY 10006
     Appearances (continued):
20
     For the Defendants:             Richard S. Schurin, Esq.
21   (Scripts Wholesale, Inc.,       Stern & Schurin, LLP
     Steven Diamantstein, NER250)   595 Stewart Avenue
22                                   Suite 510
                                     Garden City, NY 11530
23
     Clerk:                          Unknown
24
     Court Recorder:                 Electronic Sound Recording
25
```

1    we can cut a week off the other dates, the subsequent dates?

2               MR. WATERS:  Your Honor, I don't -- I think these are

3    already pretty tight as they are.  I just think that three-

4    month buffer for Defendants to confer on experts isn't

5    necessary given that we still have six months before the end of

6    fact discovery.

7               So I feel like that conferral process can start this

8    year even if fact discovery's still wrapping up.  And that a

9    two-month buffer till the end of February as opposed to a

10   three-month buffer end of March for the service of expert

11   reports will strike a balance between giving them that extra

12   time to coordinate, while keeping this, you know, this already

13   lengthy case on track.

14              MR. SCHURIN:  I mean, I just think we're going to be

15   coming back to the Court for an extension if we don't do this.

16   And I think the benefits of, you know, the major parties who

17   are similarly situated, Safe Chain, Scripts, some of the

18   others, you know, there's significant benefit to having us

19   coordinate that I wouldn't want to lose.  So I'd ask that the

20   dates stay the same as we proposed.

21              THE COURT:  Just one second, please.  All right, so

22   the deadline for completion of fact discovery will remain

23   December 29th.

24              The date for the disclosure of experts pursuant to

25   2682 will be March 15.  Rebuttal experts, April 15.  And May 15

1    for the completion of expert discovery, bumped it up two weeks.
2                MR. WATERS:  Thank you, Your Honor.
3                MR. SCHURIN:  Thank you, Your Honor.
4                THE COURT:  All right, is that it?
5                MR. WATERS:  Nothing that's ripe for Your Honor at
6    this time from the Plaintiffs.  Thank you, Your Honor, again.
7                THE COURT:  We need a placeholder for next month?
8                MR. WATERS:  That's right, Your Honor.
9                THE COURT: Okay.  Oh, that's tough.  Oh, wow, no,
10   can't do that.  All right, we'll do it August 8th at 2:00 p.m.
11   And I'd like the letter by August 1, all right?
12               Thank you, folks.
13               MR. SCHURIN:  Thank you very much, Judge.
14               MR. WEISS:  Thank you, Your Honor.
15               UNIDENTIFIED SPEAKER:  Thank you, Your Honor.  Happy
16   July 4th weekend.
17               THE COURT:  You, too, also, yes.
18           (Proceedings concluded)
19
20
21
22
23
24
25

**CERTIFICATE**

I, Chris Hwang, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____  June 30, 2023

Chris Hwang  Date

Transcriber