

www.pbwt.com

January 5, 2024

Timothy A. Waters
Partner
(212) 336-7601
twaters@pbwt.com

**By ECF**

Hon. Joseph A. Marutollo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Gilead, et al. v. Safe Chain, et al.*, No. 21-cv-4106 (AMD) (JAM)
<u>Letter Regarding Recent Settlements</u>

Dear Judge Marutollo:

Pursuant to Your Honor's order at the January 5, 2024 conference, Plaintiffs write to provide two updates on the appendix listing all defendants that Plaintiffs filed this morning. *See* ECF No. 1261. First, Plaintiffs filed a motion for a consent judgment and permanent injunction with respect to Defendants Scripts Wholesale Inc., NER250 LLC d/b/a Scripts Wholesale Inc., and Steven Diamantstein this morning. *See* ECF No. 1263. Second, Plaintiffs have reached a settlement in principle with Defendants Gabriel Betesh and RXWholesale.com LLC.

Respectfully submitted,

/s/ Timothy A. Waters

Timothy A. Waters

cc: All counsel of record (via ECF)

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222
14790873