UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GILEAD SCIENCES, INC., *et al.*, :
                                      Plaintiffs, : Case No. 21-cv-4106-AMD-JAM
v. :
SAFE CHAIN SOLUTIONS, LLC, *et al.*, :
                                    Defendants. :
------------------------------------------------------------ x

## CONSENT JUDGMENT AND PERMANENT INJUNCTION
## AS TO SAFE CHAIN SOLUTIONS, LLC, PATRICK BOYD, AND CHARLES BOYD

On consent of Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead" or "Plaintiffs") and Defendants Safe Chain Solutions, LLC, Patrick Boyd, and Charles Boyd (collectively, "Safe Chain"), and pursuant to Fed. R. Civ. P. 54(b), it is hereby ORDERED, ADJUDGED, and DECREED:

1. Safe Chain, and their predecessors, successors, agents, and assigns, or any other person in active concert and participation with them, is enjoined from importing, purchasing, selling, distributing, marketing, or otherwise using in commerce in the United States any Gilead Products (as defined below), including authentic products, or assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in this paragraph.

2. The "Gilead Products" are defined as all products manufactured by or sold by Gilead or its subsidiaries in the United States, including but not limited to all products bearing

anywhere any of the Gilead Marks (as defined below), whether on the product itself or any of its packaging.

3. The "Gilead Marks" include the following:

| Trademark | Registration Number | Registration Date |
|---|---|---|
| GILEAD | 3251595 | June 12, 2007 |
|  | 2656314 | December 3, 2002 |
| GSI | 3890252 | December 14, 2010 |
| BIKTARVY | 5344455 | November 28, 2017 |
| DESCOVY | 4876632 | December 29, 2015 |
| DESCOVY FOR PREP | 5912591 | November 19, 2019 |
| 9883 | 5467392 | May 15, 2018 |
|  | 5636131 | December 25, 2018 |
|  | 5906177 | November 12, 2019 |
|  | 5030567 | August 30, 2016 |
|  | 5154303 | March 7, 2017 |
| TRUVADA | 2915213 | December 28, 2004 |
| GENVOYA | 4797730 | August 25, 2015 |
| ATRIPLA | 3276743 | August 7, 2007 |
| RANEXA | 3094007 | May 16, 2006 |
| VOSEVI | 5259592 | August 8, 2017 |
| STRIBILD | 4263613 | December 25, 2012 |
|  | 6031751 | April 14, 2020 |
| SOVALDI | 4468665 | January 21, 2014 |
|  | 5018106 | August 9, 2016 |
| 7977 | 4585257 | August 12, 2014 |

4. Nothing in this Consent Judgment and Permanent Injunction prohibits Charles Boyd and/or Patrick Boyd from purchasing any Gilead Product, as defined above, for their own personal medical use (not for resale) in accordance with all applicable laws or owning less than 5% of any public company.

5. Safe Chain, on behalf of themselves and their officers, directors, owners, predecessors, successors, assigns, agents, and representatives hereby assign to Plaintiffs any and all claims for damages and restitution against all other Defendants in the Action and/or third

parties, permissive or mandatory, asserted or unasserted, anticipated or unanticipated, known or unknown at this time or at any time prior to the date hereof, existing from the beginning of the world through the effective date of the Settlement Agreement executed between Safe Chain and Gilead (the "Settlement Agreement") and arising from or relating to Safe Chain's purchase or sale of Gilead Products.

6. Following entry of the Consent Judgment and Permanent Injunction, to ensure Safe Chain's compliance with this Consent Judgment and Permanent Injunction, Gilead shall have the right, upon at least thirty days prior written notice, to have an independent firm, at Gilead's expense, audit Safe Chain records of purchases and sales of all products purchased or sold by Safe Chain after the date of this Consent Judgment. The independent firm shall not be permitted to provide any information discovered during any such audit to Gilead unless it relates to (a) Gilead-branded products; or (b) Safe Chain's lack of compliance with this Consent Judgment and Permanent Injunction. Gilead's right to demand such an audit shall not be exercised more than once in any twelve-month period.

7. In addition to other remedies, including damages, for contempt of this Permanent Injunction, in the event of breach or violation of the terms of this Permanent Injunction by Safe Chain, or their predecessors, successors, agents, and assigns, or any other person in active concert and participation with them, Gilead is entitled to a preliminary and permanent injunction against the breaching conduct solely upon a showing of likelihood of success of establishing that such a breach occurred. In addition, Gilead shall be entitled to recover its actual attorneys' fees and investigatory fees for investigating and demonstrating that Safe Chain has violated this Consent Judgment and Permanent Injunction.

8. This Consent Judgment is entered pursuant to Fed. R. Civ. P. 58, and this action is hereby dismissed against Safe Chain Solutions, LLC, Charles Boyd, and Patrick Boyd with prejudice, and Safe Chain's counterclaims against Gilead (*see* Dkt. No. 899) also are dismissed with prejudice, without costs or attorneys' fees, save that this District Court shall retain jurisdiction over this action, including over Safe Chain, for matters relating to implementation of, or disputes arising out of, this Consent Judgment or the settlement of this action.

9. If a court of competent jurisdiction finds that Safe Chain has violated the prohibitions of this Consent Judgment and Permanent Injunction, Gilead is entitled at its election to either liquidated damages of one hundred times (100x) the U.S. Wholesale Acquisition Cost ("WAC") of the authentic Gilead product that Safe Chain sold (individually, or on its behalf by their principals, agents, attorneys, members, servants, employees, directors, officers, parents, successors, heirs, assigns, executors, representatives, and subsidiaries, and all other persons in active concert or participation with them) or Gilead's actual, statutory, and punitive damages as may be permitted by law. In any action, regardless of which measure of damages Gilead selects, Gilead shall be entitled to recover its actual attorneys' fees and investigatory fees for finding and demonstrating that Safe Chain has violated this Consent Judgment and Permanent Injunction.

10. Safe Chain relinquishes all rights to the funds/cash values in the accounts identified below (the "Frozen Settlement Funds"):

| Bank Name/Insurance Company | Account Title/Policy Holder | Account Number Ending In | Balance/Net Cash Surrender Value (Current) |
|---|---|---|---|
| Univest Bank and Trust Co. | Equitable Trust Account | 4019 | $1,925,160.35 |
| Wells Fargo Advisors | Charles & Christi Boyd Investment Account | 6080 | $576,922.66 |
| BayVanguard Bank (1880 Bank) | P. Boyd personal checking Account | 4995 | $275.16 |

4

| Queenstown Bank of Maryland | Dorchester Holdings LLC Account | 3201 | $48,985.41 |
|---|---|---|---|
| New York Life Insurance Company | Charles Boyd | 24174858 | $76,513.84 |
| New York Life Insurance Company | Charles Boyd | 794414459 | $24,895.47 |
| New York Life Insurance Company | Patrick Boyd | 24174966 | $77,358.42 |
| **TOTAL** | | | $2,730,111.31 |

11. The Court's Asset Freeze Order (Dkt. No. 19, as modified by Dkt. Nos. 28, 121, 401) as to Safe Chain Solutions, LLC, Charles Boyd, and Patrick Boyd, is hereby MODIFIED as follows:

    a. Counsel for Plaintiffs or Safe Chain may immediately serve this order upon the financial institutions identified or described in Paragraph 10.

    b. Upon service of this Order on any of the financial institutions or life insurance companies identified or described in Paragraph 10, such financial institution shall immediately liquidate all holdings in the accounts and then wire all funds (net of any transaction or broker fees associated with liquidating those assets) in the accounts identified or described in Paragraph 10 to a non-interest-bearing escrow account held by counsel for Plaintiffs at Citibank, Private Banking Division, 153 East 53th Street, New York, NY 10022, ABA # 021000089, Swift # CITIUS33, Account # 54371288, Account Name Patterson Belknap Webb & Tyler LLP Attorney Trust Account-IOLA. Confirmation of the date and amount of each wire transfer shall be sent to counsel for Gilead at GPotter@pbwt.com and counterfeitgileadmedications@pbwt.com and counsel for Safe Chain at

5

        amatteis@wmclaw.com, wcopley@wmclaw.com, mkrauss@wmclaw.com, and wjacobs@wmclaw.com.

   c. Immediately following the completion of any transfer set forth in Paragraph 11.b above, the financial institution that has completed the transfer shall promptly provide notice to counsel for both Gilead and Safe Chain that the transfer is complete, at the following email addresses: For Gilead, gpotter@pbwt.com and counterfeitGileadmediations@pbwt.com; and for Safe Chain: amatteis@wmclaw.com, wcopley@wmclaw.com, mkrauss@wmclaw.com, and wjacobs@wmclaw.com. Upon receipt of the funds, Gilead's counsel shall promptly confirm by reply email to both the financial institution completing the transfer and Safe Chain's counsel that the transferred funds were received.

12. Consistent with the foregoing, the Court's asset freeze order (Dkt. No. 19, as modified by Dkt. Nos. 28, 121, 401) as to Safe Chain Solutions, LLC, Charles Boyd, and Patrick Boyd only is otherwise hereby DISSOLVED, but—unless and until further order of this Court—otherwise remains in effect as to any other parties to which it applies as of the date of this order.

13. Signatures to this Consent Judgment transmitted electronically or by facsimile shall be deemed original.

[*signatures on following page*]

DATED: February 19, 2024

CONSENTED AND AGREED TO BY:

| PATTERSON BELKNAP WEBB & TYLER LLP | WEISBROD MATTEIS & COPLEY PLLC |
|---|---|
| By: _____ <br>     Geoffrey Potter <br>     Timothy A. Waters <br>     Thomas P. Kurland <br>     Gizele Rubeiz <br> 1133 Avenue of the Americas <br> New York, NY 10036-6710 <br> T: 212-336-2000 <br> F: 212-336-2222 <br> E: gpotter@pbwt.com <br>    twaters@pbwt.com <br>    tkurland@pbwt.com <br>    grubeiz@pbwt.com <br><br> *Attorneys for Plaintiffs Gilead Sciences, Inc., et al.* | By: /s/ August J. Matteis, Jr. <br>     August J. Matteis, Jr. <br>     William E. Copley <br>     Matthew Krauss <br>     William E. Jacobs <br> 3000 K Street NW, Suite 275 <br> Washington, DC 20007 <br> T: 202-499-7910 <br> E: amatteis@wmclaw.com <br>    wcopley@wmclaw.com <br>    mkrauss@wmclaw.com <br>    wjacobs@wmclaw.com <br><br> *Attorneys for Defendants Safe Chain Solutions, LLC, Patrick Boyd, and Charles Boyd* |

**IT IS SO ORDERED**

_____
HON. ANN M. DONNELLY, U.S.D.J.

Dated: _____, 2024