```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK


------------------------------X
                              :
GILEAD SCIENCES, INC.,        :
et al.,                       :      21-CV-4106 (AMD)(JAM)
            Plaintiff,        :
                              :      March 14, 2024
                              :
         V.                   :      Brooklyn, New York
                              :
SAFE CHAIN SOLUTIONS LLC,     :
et al.,                       :
            Defendant.        :
------------------------------X

    TRANSCRIPT OF CIVIL CAUSE FOR SETTLEMENT CONFERENCE
       BEFORE THE HONORABLE RAMON JOSEPH A. MARUTOLLO
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:           TIMOTHY WATERS, ESQ.
                             Patterson Belknap Webb & Tyler
                             1133 Avenue of the Americas
                             New York, NY 10036

For the Defendant:           MARK BERMAN, ESQ.
                             Hartmann Doherty Rosa
                             Berman & Bulbulia, LLC
                             1270 Avenue of the Americas
                             Suite 816
                             New York, NY 10020



Court Transcriber:           ARIA SERVICES, INC.
                             c/o Elizabeth Barron
                             274 Hovey Road
                             Milo, ME 04463
                             Aria@leinen.net



Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

```
 1              THE CLERK:  Docket number 21-CV-4106, Gilead
 2   Sciences, Inc. v. Safe Chain Solutions, LLC.
 3              Will the parties please state their
 4   appearances for the record, starting with the
 5   plaintiff.
 6              MR. WATERS:  Good afternoon, your Honor.
 7   Timothy Waters from Patterson Belknap Webb & Tyler on
 8   behalf of the plaintiffs, and I'm joined by senior in-
 9   house counsel for Gilead, Laurie Mayo (ph).
10              MR. BERMAN:  Good afternoon, your Honor.
11   It's Mark Berman with Hartmann Doherty on behalf of
12   Adam Brosius and Worldwide Pharma, and I think that's
13   Mr. Brosius on the iPhone.  I just forwarded him the
14   link that Mr. Waters was kind enough to send to me.
15              THE COURT:  Okay, great.  Good afternoon,
16   everyone, and apologies for the change in start times
17   here this afternoon.
18              So this is a continued settlement conference
19   with respect to Gilead and Mr. Brosius.  I'm going to
20   go off the record now.  I think what I'd like to do is
21   again speak to the parties ex parte at this stage.  So
22   if I could have a phone number again, like we did the
23   last time, for Gilead, and then a phone number for Mr.
24   Berman and then conference in his client.
25              What's a good number for Gilead, Mr. Waters?
```

```
 1              MR. WATERS:  It's going to be (888) 788-
 2   0099.  That's the dial in and then the code will be
 3   5656864484.
 4              THE COURT:  So (888) 788-0099, and then the
 5   code 5656864484 pound.
 6              MR. WATERS:  That's right.
 7              Laurie, can you give me the thumbs up?  Did
 8   you get that, too?  I'll text it to you, Laurie, to
 9   make sure you have it.
10              THE COURT:  Okay.
11              MS. MAYO:  Sorry, yeah.  I think my internet
12   is a little unstable.  If you could text it, that would
13   be great.
14              MR. WATERS:  Will do.
15              THE COURT:  And then for Mr. Brosius?
16              MR. BERMAN:  Your Honor, my cell phone
17   number is (201) 290-5214.
18              THE COURT:  (201) 290-5214.  And then I'll
19   ask you to conference in your client --
20              MR. BERMAN:  I will, I will.
21              THE COURT:  -- at that point.  Is there
22   anything -- we're off the record.
23                        * * * * * *
24
25
```

18    I certify that the foregoing is a correct
19 transcript from the electronic sound recording of the
20 proceedings in the above-entitled matter.

[signature]

25 ELIZABETH BARRON                                March 21, 2024