

www.pbwt.com

May 17, 2024

Timothy A. Waters
Partner
(212) 336-7601
twaters@pbwt.com

**By ECF**

Hon. Joseph A. Marutollo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:     ***Gilead Sciences, Inc. et al. v. Safe Chain Solutions, LLC et al.*,**
> **No. 21-cv-4106 (AMD) (JAM)**

Dear Judge Marutollo:

Plaintiffs (together, "Gilead") write in response to the Court's May 3, 2024 Minute Entry and Order requesting "a status report by May 17, 2024 regarding (1) discovery related to their anticipated motion for contempt against the Khaim defendants and (2) discovery related to their motion for contempt against Ms. Lopez."

***Khaim Contempt Discovery***

Gilead has been working diligently to complete the Khaim contempt discovery and has sent over 50 subpoenas. While Gilead has received responsive productions from a subset of the subpoena recipients, Gilead respectfully requests additional time to complete the Khaim defendant discovery.

*First*, the initial round of subpoenas yielded several follow up subpoena targets. For example, Gilead sent a subpoena requesting documents pertaining to an elevator lift at one of the Khaim properties. Through the response, Gilead learned the lift on Mr. Khaim's property was paid for by two previously unknown companies. Gilead has since sent follow-up subpoenas to these entities and other entities it has come across through this discovery. In all likelihood, responses from these entities will require further follow up. To provide these recipients the response time to which they are entitled to under the Federal Rules of Civil Procedure and to enable Gilead to complete a fulsome investigation, Gilead will need at least another 45 days.

*Second*, many of the subpoena targets were closed or prohibited from completing work during Passover, which began on April 22, 2024, and ended on April 30, 2024. The affected individuals and businesses have informed Gilead that as a result they will be late in completing their productions.

*Third*, a subset of the subpoena targets has failed to respond to the subpoena. These individuals are tenants of Mr. Khaim's properties and Mr. Khaim's own attorneys (from whom Gilead is seeking only non-privileged information about payments). Gilead will continue its

Hon. Joseph A. Marutollo
May 17, 2024
Page 2

attempts to secure compliance from these individuals and entities, and will seek Court intervention if necessary.

For the reasons stated above, Gilead respectfully requests that the Court extend the deadline for discovery with regard to Mr. Khaim's contempt to July 1, 2024.

### *Lopez Contempt Discovery*

Gilead has received several responses and document productions from third-party subpoenas related to Ms. Lopez's violations of the Asset Freeze Order from her sale of the Miami Property and the Broward Property. Gilead has not yet received a response to one of its subpoenas, served on the individual Ms. Lopez identified as her escrow agent, but Gilead feels it has sufficient information to proceed with supplementing its motion for contempt: Ms. Lopez's violations of the Asset Freeze Order are clear. Gilead respectfully requests that it be permitted file its supplemental briefing in support of its motion for contempt no later than June 5, 2024.

Respectfully submitted,

*/s/ Timothy A. Waters*

Timothy A. Waters

cc:     All counsel of record (via ECF)