UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
GILEAD SCIENCES, INC., GILEAD SCIENCES
IRELAND UC, and GILEAD SCIENCES LLC,

                                 Plaintiffs,

        -against-

SAFE CHAIN SOLUTIONS LLC, *et al.*,

                                 Defendants.
-----------------------------------------------------------------------x

**ORDER ON MOTION TO COMPEL**

21-CV-4106
(Donnelly, J.)
(Marutollo, M.J.)

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

Plaintiffs Gilead Sciences, Inc., Gilead Sciences, UC, and Gilead Sciences LLC's (collectively, "Gilead" or "Plaintiffs") filed a motion to compel compliance with non-party subpoenas ("Subpoenas") issued to Auto Plug Inc., Eliot Rx Pharmacy, Malvina Drug Corp., Yusuf Muradov, and Yuma Trans Inc. pursuant to Fed. R. Civ. P. 45. *See* Dkt. No. 1405. Defendants Peter Khaim, A & P Rockaway LLC, B & O Estates LLC, Etzhaim Inc., Khaim Family Irrevocable Living Trust, Oksana Poltilova, 5 Continental Ventures LLC, 91 Park LLC, 91 Rego LLC, 93 Everton LLC, 214 Jamaica LLC, and 441 Willis Ave LLC Felix Elinson do not oppose the motion and have not interposed a response to the motion.

Gilead's motion is **GRANTED**. Auto Plug Inc., Eliot Rx Pharmacy, Malvina Drug Corp., Yusuf Muradov, and Yuma Trans Inc. are hereby **ORDERED** to fully comply with the Subpoenas by **August 6, 2024**. Failure to comply with the Subpoenas by August 6, 2024 may result in Auto Plug Inc., Eliot Rx Pharmacy, Malvina Drug Corp., Yusuf Muradov, and Yuma Trans Inc. being subject to sanctions.

Gilead's counsel is hereby ordered to serve a copy of this order on Auto Plug Inc., Eliot Rx Pharmacy, Malvina Drug Corp., Yusuf Muradov, and Yuma Trans Inc. by July 31, 2024 by email and regular and certified mail.

**SO ORDERED.**

Dated:      Brooklyn, New York
            July 30, 2024

                                                */s/ Joseph A. Marutollo*
                                                JOSEPH A. MARUTOLLO
                                                United States Magistrate Judge