UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GILEAD SCIENCES, INC., GILEAD              :
SCIENCES IRELAND UC, and GILEAD           :
SCIENCES LLC,                             :
                                          :
                                          :
          Plaintiffs,              :        **[PROPOSED] ORDER ON**
                                          :        **SECOND MOTION TO COMPEL**
                                          :
  -against-                         :
                                          :
SAFE CHAIN SOLUTIONS LLC, *et al.*,        :        21-CV-4106
                                          :        (Donnelly, J.)
      Defendants.                 :        (Marutollo, M.J.)
                                          X

--------------------------------------------------------

WHEREAS, on July 31, 2024, pursuant to Fed. R. Civ. P. 45, Plaintiffs Gilead Sciences,

Inc., Sciences Ireland UC, and Gilead Sciences, LLC (collectively, "Plaintiffs" or "Gilead") filed

a motion to compel compliance with non-party subpoenas ("Subpoenas") issued to Royal Leaf

Club, 71st Rx Pharmacy, Rego Convenience Store LLC, Royal Auto Motors, Bronx Laundromat,

Continental Spirits & Wine LLC, Imaging Center of Englewood LLC, DM Steel Corp, All Boro

Ready Mix, Fotile America LLC, Guallpa Construction, J & A Pools, JMR General Contractor's

Corp, PMJ Home Construction, Presto General Contractor, and the Old Electrical Corp ("the

Third Parties") (Dkt. No. 1408);

WHEREAS, Defendants Peter Khaim, A & P Rockaway LLC, B & O Estates LLC,

Etzhaim Inc., Khaim Family Irrevocable Living Trust, Oksana Poltilova, 5 Continental Ventures

LLC, 91 Park LLC, 91 Rego LLC, 93 Everton LLC, 214 Jamaica LLC, and 441 Willis Ave LLC

do not oppose the motion and have not interposed a response to the motion; and

WHEREAS, the Subpoenas were properly served and the Third Parties have not

produced responsive documents or otherwise responded to the Subpoenas; NOW, THEREFORE,

Gilead's motion is **GRANTED**.  Royal Leaf Club, 71st Rx Pharmacy, Rego Convenience Store LLC, Royal Auto Motors, Bronx Laundromat, Continental Spirits & Wine LLC, Imaging Center of Englewood LLC, DM Steel Corp, All Boro Ready Mix, Fotile America LLC, Guallpa Construction, J & A Pools, JMR General Contractor's Corp, PMJ Home Construction, Presto General Contractor, and the Old Electrical Corp are hereby **ORDERED** to fully comply with the Subpoenas by **August 12, 2024**.

Failure to comply with the Subpoenas by August 12, 2024 may result in Royal Leaf Club, 71st Rx Pharmacy, Rego Convenience Store LLC, Royal Auto Motors, Bronx Laundromat, Continental Spirits & Wine LLC, Imaging Center of Englewood LLC, DM Steel Corp, All Boro Ready Mix, Fotile America LLC, Guallpa Construction, J & A Pools, JMR General Contractor's Corp, PMJ Home Construction, Presto General Contractor, and the Old Electrical Corp being subject to sanctions.

Gilead's counsel is hereby ordered to serve a copy of this order on Royal Leaf Club, 71st Rx Pharmacy, Rego Convenience Store LLC, Royal Auto Motors, Bronx Laundromat, Continental Spirits & Wine LLC, Imaging Center of Englewood LLC, DM Steel Corp, All Boro Ready Mix, Fotile America LLC, Guallpa Construction, J & A Pools, JMR General Contractor's Corp, PMJ Home Construction, Presto General Contractor, and the Old Electrical Corp. by **August 5, 2024** by email (where an email address is known to Gilead's counsel) and regular and certified mail.

-3-

**SO ORDERED.**

Dated:

Brooklyn, New York
August 2, 2024

JOSEPH A. MARUTOLLO
United States Magistrate Judge