UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GILEAD SCIENCES, INC., GILEAD SCIENCES
IRELAND UC, and GILEAD SCIENCES LLC,

                              Plaintiffs,

        -against-

SAFE CHAIN SOLUTIONS LLC, *et al.*,

                              Defendants.
------------------------------------------------------------------------x

**ORDER ON MOTION TO COMPEL**

21-CV-4106
(Donnelly, J.)
(Marutollo, M.J.)

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

Plaintiffs Gilead Sciences, Inc., Gilead Sciences, UC, and Gilead Sciences LLC's (collectively, "Gilead" or "Plaintiffs") filed a motion to compel compliance with non-party subpoenas ("Subpoenas") issued to Royal Leaf Club, 71st Rx Pharmacy, Rego Convenience Store LLC, Royal Auto Motors, 447 Willis Laundromat, Continental Spirits & Wine LLC, and Imaging Center of Englewood LLC (referred to by Gilead and herein as the "Khaim Tenant Third Parties") and DM Steel Corp, All Boro Ready Mix, Fotile America LLC, Guallpa Construction, J & A Pools, JMR General Contractor's Corp, PMJ Home Construction, Presto General Contractor, and the Old Electrical Corp (referred to by Gilead and herein as the "Khaim Contractor Third Parties"). *See* Dkt. No. 1408. Gilead's motion to compel is made pursuant to Fed. R. Civ. P. 37 and 45. *Id.* at 1.

Defendants Peter Khaim, A & P Rockaway LLC, B & O Estates LLC, Etzhaim Inc., Khaim Family Irrevocable Living Trust, Oksana Poltilova, 5 Continental Ventures LLC, 91 Park LLC, 91 Rego LLC, 93 Everton LLC, 214 Jamaica LLC, and 441 Willis Ave LLC Felix Elinson do not oppose the motion and have not interposed a response to the motion.

Gilead's motion is **GRANTED**. The Khaim Tenant Third Parties and the Khaim Contractor Third Parties are hereby **ORDERED** to fully comply with the Subpoenas by **August 12, 2024**. Failure to comply with the Subpoenas by August 6, 2024 may result in sanctions being issued against the Khaim Tenant Third Parties and the Khaim Contractor Third Parties.

Gilead's counsel is hereby ordered to serve a copy of this order on the Khaim Tenant Third Parties and the Khaim Contractor Third Parties by **August 5, 2024** by email and regular and certified mail.

**SO ORDERED.**

Dated:        Brooklyn, New York
               August 2, 2024

                                            */s/ Joseph A. Marutollo*
                                            JOSEPH A. MARUTOLLO
                                            United States Magistrate Judge