

411 East Wisonsin Avenue
Suite 2400
Milwaukee, Wisconsin 53202-4428
414-277-5000
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

October 13, 2024

**VIA ECF**

Hon. Ann M. Donnelly, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* **56.1 Statement as Related to ProPharma Distribution LLC in**
*Gilead Sciences, Inc. et al., v. Safe Chain Solutions, LLC et al.,*
**No. 21-cv-4106 (AMD) (JAM)**

Dear Judge Donnelly:

We represent ProPharma Distribution LLC and Levi Ellis ("ProPharma"), and we write regarding the 56.1 Statement filed by Plaintiffs in support of their motion for summary judgment. Notably, ProPharma executed a settlement agreement with Plaintiffs on December 10, 2022, and remains in this matter solely to defend against pending crossclaims. However, several paragraphs in the 56.1 statement reference ProPharma. Accordingly, ProPharma reserves the right address the genuineness or materiality of these paragraphs, as necessary, for the litigation of the crossclaims.[1]

---

[1] This appears to be consistent with Plaintiffs' position. In Plaintiffs' August 30, 2024 letter regarding the proposed summary judgment schedule, Plaintiffs note that the proposed schedule is not "intended to apply to cross-claims among or between defendants, which do not involve Gilead." *See* Dkt. No. 1471

Very truly yours,

/s/
QUARLES & BRADY LLP
Ryan D. Rainey*
Ryan Torres*
33 East Main Street, Suite 900
Madison, WI  53703
(608) 283-2460
ryan.rainey@quarles.com
ryan.torres@quarles.com

CRUMILLER P.C.
Arastu K. Chaudhury
16 Court Street, Ste. 2500
Brooklyn, NY 11241
(212) 390-8480
akc@crumiller.com

*Attorneys for ProPharma Distribution LLC and Levi Ellis*
*Admitted *pro hac vice*