

www.pbwt.com

September 5, 2025

Geoffrey Potter
Partner
(212) 336-2050
gpotter@pbwt.com

**By ECF**

Hon. Joseph A. Marutollo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Gilead Sciences, Inc., et al. v. Safe Chain Solutions, LLC, et al.*, No. 21-cv-4106 (AMD) (JAM)

Dear Judge Marutollo:

We write to inform the Court that Plaintiffs in the above-captioned action ("Gilead") have finalized their settlement agreement with Defendants Boris Abramov and Hashem Yitbarach, LLC ("HY").

Earlier today, the parties jointly filed a Proposed Consent Judgment to resolve Gilead's claims against both Abramov and HY. ECF No. 1621.

There are no further pending settlements with any remaining defendants in either the above-captioned action or the related action captioned *Gilead Sciences, Inc. v. Khaim*, 24-cv-4259 (E.D.N.Y.), and therefore no reason to delay deciding the pending motions for default judgment.

Respectfully submitted,

*/s/ Geoffrey Potter*

Geoffrey Potter