UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

GILEAD SCIENCES IRELAND UNLIMITED COMPANY, *et al.*,

                          Plaintiffs,

v.

SAFE CHAIN SOLUTIONS LLC, *et al.*,

                          Defendants.

: Case No. 21-cv-4106
:
: **STIPULATION OF DISMISSAL**
: **WITH PREJUDICE AS TO**
: **DEFENDANTS AVI KESSLER,**
: **MADISON BULLION LLC, THE**
: **PRECIOUS METALS GROUP**
: **INC, GREEN CAPITAL**
: **INVESTORS LLC, AND SAM**
: **KESSLER**
:

------------------------------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead" or "Plaintiffs") and defendants Avi Kessler, Madison Bullion LLC, The Precious Metals Group Inc, Green Capital Investors LLC, and Sam Kessler (collectively, the "Kessler Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that each and every claim asserted by Gilead and against the Kessler Defendants only, as set forth in Gilead's operative Sixth Amended Complaint (Dkt. No. 1056), be the same and is hereby DISMISSED with prejudice and without costs to any party.

Dated: New York, New York
      October 7, 2025

PATTERSON BELKNAP WEBB & TYLER LLP

By:   */s/ Thomas P. Kurland*
     Geoffrey Potter
     Timothy A. Waters
     Thomas P. Kurland
     1133 Avenue of the Americas
     New York, NY  10036-6710
     T: 212-336-2000
     F: 212-336-2222
     E: gpotter@pbwt.com
        twaters@pbwt.com
        tkurland@pbwt.com

*Attorneys for Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC*

Law Offices of Robert I. Strougo

By: _____
     Robert Strougo
     Law Office of Robert I. Strougo
     420 Lexington Avenue, Suite 1402
     New York, NY 10170
     Tel: 917-841-7077
     E-mail: Attynyc@aol.com

By: _____

     Adam Cohen, Esq.
     Walden Macht & Haran LLP
     250 Vesey Street, 27th Floor
     New York, NY 10281
     Tel: 212-335-2037
     E-mail: acohen@wmhlaw.com

*Attorneys for Kessler Defendants*

Dated: New York, New York
 August ___, 2024

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
 Geoffrey Potter
 Timothy A. Waters
 Thomas P. Kurland
 1133 Avenue of the Americas
 New York, NY 10036-6710
 T: 212-336-2000
 F: 212-336-2222
 E: gpotter@pbwt.com
  twaters@pbwt.com
  tkurland@pbwt.com

*Attorneys for Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC*

Law Offices of Robert J. Strougo

By: _____
 Robert Strougo
 Law Office of Robert J. Strougo
 420 Lexington Avenue, Suite 1402
 New York, NY 10170
 Tel: 917-841-7077
 E-mail: Attynyc@aol.com

By: _____
 Adam Cohen, Esq.
 Walden Macht & Haran LLP
 250 Vesey Street, 27th Floor
 New York, NY 10281
 Tel: 212-335-2037
 E-mail: acohen@wmhlaw.com

*Attorneys for Kessler Defendants*