UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

GILEAD SCIENCES INC., *et al.*,              :

                                    :        Case No. 21-cv-4106 (AMD) (JAM)

            Plaintiffs,           :

                                      :        **[PROPOSED] PERMANENT**

v.                                  :        **INJUNCTION**

                                      :

SAFE CHAIN SOLUTIONS, LLC, *et al.,*         :

                                      :

           Defendants.           :

----------------------------------------------------------------x

It is hereby ORDERED, ADJUDGED, and DECREED:

Defendants Lazaro Roberto Hernandez, Zafar Abdullaev, Synergy Group Wholesalers LLC, Carlos Vega, Omom Pharmaceuticals Inc., Luis D. Gonzalez Herreo, Omom Wholesale Corp., Gustavo Fernandez, Invicta Wholesale Supply LLC, Jorge Caba, Pharma Pac Wholesale Corp., Gentek LLC, Rapid's Tex Whole Sales Corp., Stephen Smith, My Meds LLC, Frank Bentancourt, ITC Group LLC, CompaRx LLC, Lorik Papyan, Stephen Silverman, Mainspring Distribution LLC, Bakhtiyar Nabiev, Laconia Avenue Pharmacy Corp., Stanislaus Mgbeojirikweis, John Levitan, Jeffrey Peterson, Brennan Page, Ascension Pharmacy Holdings I LLC d/b/a Mermaid Rx and Ariel Pharmacy, Adam Brosius, and Worldwide Pharma Sales Group, Inc. (collectively, the "Enjoined Defendants") and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them are preliminarily enjoined from:

1.    Purchasing, selling, distributing, marketing, manufacturing, or otherwise using any of the Gilead Marks (as defined below)[1] on any counterfeit or authentic product, or any marks confusingly similar thereto in connection with any products.

---

[1] The Gilead Marks are defined as follows:

| Trademark | Registration Number | Registration Date |
| --- | --- | --- |
| GILEAD | 3251595 | June 12, 2007 |
| | 2656314 | December 3, 2002 |
| GSI | 3890252 | December 14, 2010 |
| BIKTARVY | 5344455 | November 28, 2017 |
| DESCOVY | 4876632 | December 29, 2015 |
| DESCOVY FOR PREP | 5912591 | November 19, 2019 |
| 9883 | 5467392 | May 15, 2018 |
| | 5636131 | December 25, 2018 |
| | 5906177 | November 12, 2019 |
| | 5030567 | August 30, 2016 |
| | 5154303 | March 7, 2017 |
| TRUVADA | 2915213 | December 28, 2004 |
| GENVOYA | 4797730 | August 25, 2015 |
| ATRIPLA | 3276743 | August 7, 2007 |

2.      Using any logo, trade name or trademark confusingly similar to any of the Gilead Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of any or all of the defendants or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

3.      Infringing any of the Gilead Marks;

4.      Falsely representing any or all of Enjoined Defendants as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade, retailers and/or members of the purchasing public to believe that any or all of Enjoined Defendants are associated with Plaintiffs;

5.      Using any reproduction, counterfeit, copy, or colorable imitation of any of the Gilead Marks in connection with the publicity, promotion, sale, or advertising of any Gilead product, including without limitation BIKTARVY® and DESCOVY®;

| | | |
|---|---|---|
| RANEXA | 3094007 | May 16, 2006 |
| VOSEVI | 5259592 | August 8, 2017 |
| STRIBILD | 4263613 | December 25, 2012 |
| | 6031751 | April 14, 2020 |
| SOVALDI | 4468665 | January 21, 2014 |
| | 5018106 | August 9, 2016 |
| 7977 | 4585257 | August 12, 2014 |

6.      Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being Gilead products, including without limitation BIKTARVY® and DESCOVY®, and from offering such goods in commerce;

7.      Diluting any of the Gilead Marks;

8.      Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (7) above.


Dated:                                          _____

                                                Hon. Ann M. Donnelly, U.S.D.J.

16280929