Patterson Belknap

www.pbwt.com

April 29, 2026

Geoffrey Potter
Partner
(212) 336-2050
gpotter@pbwt.com

**By ECF**

Hon. Joseph A. Marutollo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Gilead Sciences, Inc., et al. v. Safe Chain Solutions, LLC, et al.*, No. 21-cv-4106 (AMD) (JAM)**

Dear Judge Marutollo:

As you know, we represent Plaintiffs (collectively, "Gilead") in the above-captioned matter. We write to address the Court's April 24, 2026 ECF Notice and April 27, 2026 ECF Notice, in which the Court ordered Gilead to respond by today, April 29, 2026.

Regarding the Court's April 24, 2026 ECF Notice, Gilead respectfully requests that the Court provide Gilead an extension of time until Friday, May 8, 2026 to fully respond.

In the April 27, 2026 ECF Notice, the Court noted that Gilead's original motion for default judgment "moved against fifty-two defendants" but that the "renewed motion for default judgment moved against thirty defendants." Gilead confirms that the decision to not include additional defendants in its renewed motion for default judgment is intentional, and Gilead will no longer pursue its claims against those defendants not included in the renewed motion for default judgment. Gilead will file a notice of voluntary dismissal, pursuant to FRCP 41, dismissing those defendants not included in the renewed motion for default judgment by May 8, 2026.

Gilead thanks the Court for its consideration.

Respectfully submitted,

*/s/ Geoffrey Potter*

Geoffrey Potter